**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL No. 26-40**

**In re APPLE AIRTAG STALKING PERSONAL INJURY/PRODUCT LIABILITY/MARKETING AND SALES PRACTICES LITIGATION**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | D. Ariz. | 2:26-cv-05261-JJT | Humetewa |
| **Plaintiff**:<br>Jane Doe S.B. 1<br>**Defendants:**<br>Apple Inc. | D. Ariz | Not yet assigned | N/A |
| **Plaintiffs**:<br>Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams<br>**Defendants:**<br>Apple, Inc. | C.D. Cal. | 2:26-cv-07457-PA-SSC | Anderson |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Lyris Brady<br>**Defendants:**<br>Apple, Inc. | D. Colo. | 1:2026cv03073 | Starnella |
| **Plaintiffs**:<br>Karry Schuele<br>**Defendants:**<br>Apple, Inc. | M.D.Fla. | 8:2026cv01955 | Badalamenti |
| **Plaintiffs**:<br>Paola Ballester<br>**Defendants:**<br>Apple, Inc. | M.D. Fla. | 3:2026cv01956 | Badalamenti |
| **Plaintiffs**:<br>Jane Doe D.C. 1<br>**Defendants:**<br>Apple, Inc. | M.D. Fla. | 3:26-cv-01974 | Howard |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br> Lisa Castle<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:2026cv03851 | Calvert |
| **Plaintiffs**:<br>Brittany Alowonle<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:2026-cv-03867 | Calvert |
| **Plaintiffs**:<br> Jessica Johnson<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:26-cv-03927 | Calvert |
| **Plaintiffs**:<br>Chelsea Williams<br>**Defendants:**<br>Apple, Inc. | D. Md. | 8:26-cv-02723-LKG | Griggsby |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Joel Beidleman<br>**Defendants:**<br>Apple, Inc. | D. Md. | 8:26-cv-02736-LKG | Griggsby |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | D. Nev. | 2:26-cv-02178-ART-EJY | Traum |
| **Plaintiffs**:<br>Gail Burke<br>**Defendants:**<br>Apple, Inc. | D.N.J. | 2:26-cv-08495-CCC-LDW | Cecchi |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | E.D.N.Y. | 2:2026cv0452 | Bulsara |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Vincent Hopkins<br>**Defendants:**<br>Apple, Inc. | E.D.N.Y. | 2:26-cv-04251-GRB-ST | Brown |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | E.D.N.Y. | 2:26-cv-04252-SJB-JMW | Bulsara |
| **Plaintiffs**:<br>Jane Doe N.G. 1<br>**Defendants:**<br>Apple, Inc. | S.D.N.Y. | 7:26-cv-06656 | Not assigned |
| **Plaintiffs**:<br>Kristen Morris<br>**Defendants:**<br>Apple, Inc. | W.D.N.Y. | 6:2026cv06700 | Vacca |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Dorothy Miller<br>**Defendants:**<br>Apple, Inc. | W.D.N.C. | 3:26-cv-00556-MOC-WCM | Cogburn |
| **Plaintiffs**:<br>Tonya Harris<br>**Defendants:**<br>Apple, Inc. | S.D.Ohio | 1:26-cv-680 | Cole |
| **Plaintiffs**:<br>Jacqueline Ward<br>**Defendants:**<br>Apple, Inc. | S.D. Tex. | 4:2026cv05453 | Hanks |
| **Plaintiffs**:<br>Cody Lovins<br>**Defendants:**<br>Apple, Inc. | S.D. Tex. | 4:26-cv-05560 | Ganjei |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Lauren Hughes<br>**Defendants:**<br>Apple, Inc. | W.D.Tex. | 1:2026cv01889 | Not assigned |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | E.D. Va. | 1:26-cv-02114 | Nachmanoff |
| **Plaintiffs:**<br>Sofia Hussein<br>**Defendants:**<br>Apple, Inc. | W.D.Wash. | 2:26-cv-02583 | Evanson |