**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG STALKING**          MDL No.26-40
**PERSONAL INJURY/PRODUCT
LIABILITY/MARKETING AND SALES
PRACTICES
LITIGATION**

**Proof of Service**

I, Abigael McGuire, hereby certify that a copy of the foregoing Motion, Brief, Schedule of

Actions and this Certificate of Service was served by electronic mail and/or U.S. Mail on August

4, 2026, to the following:

Clerk, U.S. District Court District of Maryland
Greenbelt, Maryland

Clerk, Western District of North Carolina
Charlotte, North Carolina

Clerk, U.S. District Court of New Jersey
Newark, New Jersey

Clerk, Eastern District of New York
Central Islip, New York

Clerk, Western District of New York
Rochester, New York

Clerk, Southern District of Texas
Houston, Texas

Clerk, Western District of Washington
Seattle, Washington

Clerk, Southern District of Ohio
Cincinnati, Ohio

Clerk, District of Arizona
Phoenix, Arizona

Clerk, Northern District of Georgia
Atlanta, Georgia

Clerk, Eastern District of Virginia
Alexandria, Virginia

Clerk, District of Nevada
Las Vegas, Nevada

Clerk, Central District of California
Los Angeles, California

Clerk, Middle District Florida
Tampa, Florida

Amy E. Keller, Esq.
DiCello Levitt LLP
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
312-214-7900
Email Address: akeller@dicellolevitt.com
     **Counsel for Plaintiff: Chelsea Williams**
     D. Maryland, No. 8:26-cv-02723
     **Counsel for Plaintiff: Joel Beidleman**
     D. Maryland, No. 8:26-cv-02736

Timothy O'Reilly
DiCello Levitt
325 S. Maryland Pkwy.
Las Vegas, NV 89101
Email Address: toreilly@dicellolevitt.com
     **Counsel for Plaintiff: Jane Doe**
     D. Nevada, No. 2:26-cv-02178

Adam B. Reed
Adam B. Reed & Associates
11300 N. Central Expressway, Ste. 200
Dallas, Texas 75243
Email Address: adam@adamreedlawyers.com
     **Counsel for Plaintiff: Lauren Hughes**
     W.D. Texas, No. 1:26-cv-01889

Justin S. Abbarno
DiCello Levitt LLP
8160 Norton Parkway, Third Floor

Mentor, OH 44060
Email Address: dicellolevitt.com
> **Counsel for Plaintiff: Karry Schuele**
> M.D. Florida, No. 8:26-cv-01955
> **Counsel for Plaintiff: Paola Ballester**
> M.D. Florida, 8:26-cv-01956-JLB-SPF

Jake Windley
Carney Bates Pulliam, PLLC
519 W 7th Street
Little Rock, AR 72201
Email Address: jake@waykayslay.com
> **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
> C.D. California, No. 2:26-cv-07457

Mark Alan Milstein
Milstein Jackson Fairchild and Wade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: mmilstein@mjfwlaw.com
> **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
> C.D. California, No. 2:26-cv-07457

Jessica Hall
Wh Law
1 Riverfront Place, Ste. 745
Noth Little Rock, AR 72114
Email Address: jessica@wh.law
> **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel**

**Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457

Kenneth A. Held
Lynch Carpenter LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Email Address: ken@lcllp.com

> **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
> C.D. California, No. 2:26-cv-07457

Brandon M. Haubert
Wade Kilpea Slade LLP
1 Riverfront Place, Ste 745
North Little Rock, AR 72114
Email Address: brandon@waykayslay.com

> **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
> C.D. California, No. 2:26-cv-07457
> **Counsel for Plaintiff: Brittany Alowonle**
> N.D. Georgia, No. 1:26-cv-03867

Edwin J Kilpela, Jr.
Wade Kilpela Slade LLP
6425 Living Pl., Suite 200

Pittsburgh, PA 15206
Email Address: ek@waykayslay.com
   **Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
   **Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
   **Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
   **Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
   **Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
   **Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
   **Counsel for Plaintiff: Kristen Morris**
W.D. of New York, 6:26-cv-06700
   **Counsel for Plaintiff: Cody Lovins**
S.D. of Texas, 4:26-cv-05560
   **Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
   **Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-02583
   **Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
   **Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
   **Counsel for Plaintiff: Jessica Johnson**
N.D. of Georgia, 1:26-cv-03927
   **Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
   **Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
   **Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867
   **Counsel for Plaintiff: Karry Schuele**
M.D. Florida, No. 8:26-cv-01955

Gillian Leigh Wade

Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: gwade@waykayslay.com

**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Cody Lovins**
S.D. of Texas, 4:26-cv-05560
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-02583
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Jane Doe**
E.D. Virginia, 1:26-cv-02114
**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
**Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867
**Counsel for Plaintiff: Karry Schuele**
M.D. Florida, No. 8:26-cv-01955

**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas: No. 4:26-cv-05453,

Raymond Collins Kilgore
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: ckilgore@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Cody Lovins**
S.D. of Texas, 4:26-cv-05560
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-02583
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453

Sara Dawn Avila
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: sara@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723

**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Cody Lovins**
S.D. of Texas, 4:26-cv-05560
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-02583
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Jane Doe**
E.D. Virginia, 1:26-cv-02114
**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
**Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453

Marc Alexander Castaneda
Wade Kilpela Slade LLP
2450 Colorado Ave, Suite 100E
Santa Monica, CA 90404
Email Address: marc@waykayslay.com

**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Cody Lovins**
S.D. of Texas, 4:26-cv-05560
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-02583
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiffs: Annie O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Cody Lovins, Pamela Luan, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453

David F. Slade
Wade Kilpela Slade LLP
1 Riverfront Place
Suite 745
North Little Rock, AR 72114
Email Address: slade@waykayslay.com
      **Counsel for Plaintiff: Brittany Alowonle**
      N.D. Georgia, No. 1:26-cv-03867

Lucy Holifield
Wade Kilpela Slade LLP
1 Riverfront Place
Suite 745
North Little Rock, AR 72114
  **Counsel for Plaintiff: Brittany Alowonle**
  N.D. Georgia, No. 1:26-cv-03867

Larry Christopher Stewart
Stewart Miller Simmons Trial Attys
3625 Cumberland Blvd.
C-100
Atlanta, GA 30339
Email Address: cstewart@smstrial.com
  **Counsel for Plaintiff: Brittany Alowonle**
  N.D. Georgia, No. 1:26-cv-03867

Andrew Santo Tulumello
Weil Gotshal and Manges LLP
2001 M Street NW Ste 600
Washington, DC 20036
Email Address: drew.tulumello@weil.com
  **Counsel for Defendant: Apple, Inc**.

David R. Singh
Weill, Gotshal & Manges LLP
201 Redwood Shores Parkway
4th Floor
Redwood Shores, CA 94065
Email Address: David.Singh@weil.com
  **Counsel for Defendant: Apple, Inc**.

James M. Pearl
Weil, Gotshal & Manges LLP
1999 Avenue of the Stars
Ste 1800
Los Angeles, CA 90067
Email Address: bo.pearl@weil.com
  **Counsel for Defendant: Apple, Inc**.

Morgan D. Macbride
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
4th Floor
Redwood Shores, CA 94065
Email Address: morgan.macbride@weil.com

**Counsel for Defendant: Apple, Inc**.

Luna Ngan Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email Address: luna.barrington@weil.com
    **Counsel for Defendant: Apple, Inc**.

Mark Steven Parris
Orrick Herrington & Sutcliffe
401 Union St., Ste 3300
Seattle, WA 98101
Email Address: mparris@orrick.com
    **Counsel for Defendant: Apple, Inc**.

Jeffrey G. Homrig
Weil, Gotshal & Manges LLP
600 Congress Avenue, Suite 2170
Austin, TX 78701
Email Address: Jeff.Homrig@weil.com
    **Counsel for Defendant: Apple, Inc**.

Luke Michael Sullivan
Weil, Gotshal & Manges LLP
2001 M Street, NW, Ste. 600
Washington, DC 20036
Email Address: Luke.Sullivan@weil.com
    **Counsel for Defendant: Apple, Inc**.

Tiffany Cheung
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
Email Address: tcheung@mofo.com
    **Counsel for Defendant: Apple, Inc**.

Alexandra Preece Barlow
Morrison and Foester LLP
12531 High Bluff Drive Suite 100
San Diego, CA 92130
Email Address: abarlow@mofo.com
    **Counsel for Defendant: Apple, Inc**.

Arturo Jorge Gonzalez
Morrison and Foerster LLP

425 Market Street
San Francisco, CA 94105
Email Address: agonzalez@mofo.com
**Counsel for Defendant: Apple, Inc**.

Erin McCalmon Bosman
Morrison and Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130
Email Adress: ebosman@mofo.com
**Counsel for Defendant: Apple, Inc**.

Julie Yongsun Park
Morrison and Forester LLP
12531 High Bluff Drive
San Diego, CA 92130
Email Address: juliepark@mofo.com
**Counsel for Defendant: Apple, Inc**.

Melody Ellen Wong
Morrison Foerster
425 Market St
San Francisco, CA 94105
Email Address: MelodyWong@mofo.com
**Counsel for Defendant: Apple, Inc**.

Victor Lopez
Morrison and Foerster LLP
250 West 55th Street
New York, NY 10019
Email Address: vlopez@mofo.com
**Counsel for Defendant: Apple, Inc**.

Brannon Jones Arnold
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
Email Address: barnold@wwhgd.com
**Counsel for Defendant: Apple Inc**

Brian George Liegel
Weil, Gotshal & Manges, LLP
1395 Brickell Ave Ste 1200
Miami, FL 33131-3368
Email Address: brian.liegel@weil.com

**Counsel for Defendant: Apple Inc**

<u>/s/ Abigael McGuire</u>