UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al., | Case No. 22-cv-07668-VC |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION FOR CLASS CERTIFICATION** |
| APPLE, INC., | Re: Dkt. No. 138, 263 |
| Defendant. | |

For the reasons stated at the March 5, 2026, hearing, the motion for class certification is denied. The plaintiffs' motion for leave to file a response to Apple's objection to the reply evidence is denied as moot. Dkt. No. 263.

A further case management conference will be held on April 3, 2026, to discuss, among other things, whether the plaintiffs' individual cases should be severed. A joint case management statement is due March 27, 2026.

**IT IS SO ORDERED.**

Dated: March 9, 2026

_____

VINCE CHHABRIA
United States District Judge