**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: APPLE AIRTAG STALKING PERSONAL INJURY/PRODUCT LIABILITY/MARKETING AND SALES PRACTICES LITIGATION** | MDL No. 1:26-P-40 |

# PLAINTIFFS' AMENDED MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407 and Rules 6.2 and 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Jane Doe S.B.1, Jane Doe D.C. 1, and Jane Doe N.G. 1 (collectively "Plaintiffs") respectfully move the Panel to transfer the civil actions listed herein and on the attached Schedule of Actions, and any subsequently filed related actions ("tag-along actions"), to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings before the Honorable Diane Humetewa.

These actions—filed by individuals alleging personal injuries and other harms arising from Apple Inc.'s ("Apple") design, manufacture, marketing, and sale of the Apple AirTag® tracking device—share common questions of fact within the meaning of § 1407. Consolidation will serve the convenience of the parties and witnesses and promote the just and efficient conduct of these actions.

This Motion is supported by the accompanying Memorandum in Support and the Schedule of Actions attached hereto.

Dated: August 10, 2026

Respectfully submitted,

/s/ *Lee A. Floyd*
Lee A. Floyd
**FLOYD LAW**
626 East Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 529-0000
Fax: (804) 529-0009
lee@floydpc.com
*Counsel for Plaintiffs JANE DOE S.B. 1; JANE DOE D.C. 1;* and *JANE DOE N.G.1*

D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 West Division Street
Maryville, Illinois 62062
Phone: (618) 726-0091
Fax: (314) 863-5482
tmathews@baileyglasser.com
*Counsel for Plaintiffs JANE DOE D.C. 1 and JANE DOE N.G. 1*