**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL No. 1:26-P-40**

**In re APPLE AIRTAG STALKING PERSONAL INJURY/PRODUCT LIABILITY/MARKETING AND SALES PRACTICES LITIGATION**

**AMENDED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | D. Ariz. | 2:26-cv-05261 | Humetewa |
| **Plaintiff**:<br>Jane Doe S.B. 1<br>**Defendants:**<br>Apple Inc. | D. Ariz | 2:26-cv-05421 | Logan |
| **Plaintiffs**:<br>Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams<br>**Defendants:**<br>Apple, Inc. | C.D. Cal. | 2:26-cv-07457 | Anderson |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Lyris Brady<br>**Defendants:**<br>Apple, Inc. | D. Colo. | 1:26-cv-03073 | Starnella |
| **Plaintiffs**:<br>Karry Schuele<br>**Defendants:**<br>Apple, Inc. | M.D.Fla. | 8:26-cv-01955 | Badalamenti |
| **Plaintiffs**:<br>Paola Ballester<br>**Defendants:**<br>Apple, Inc. | M.D. Fla. | 3:26-cv-01956 | Badalamenti |
| **Plaintiffs**:<br>Jane Doe D.C. 1<br>**Defendants:**<br>Apple, Inc. | M.D. Fla. | 3:26-cv-01974 | Howard |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Lisa Castle<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:26-cv-03851 | Calvert |
| **Plaintiffs**:<br>Brittany Alowonle<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:26-cv-03867 | Calvert |
| **Plaintiffs**:<br>Jessica Johnson<br>**Defendants:**<br>Apple, Inc. | N.D. Ga. | 1:26-cv-03927 | Calvert |
| **Plaintiffs**:<br>Chelsea Williams<br>**Defendants:**<br>Apple, Inc. | D. Md. | 8:26-cv-02723 | Griggsby |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Joel Beidleman<br>**Defendants:**<br>Apple, Inc. | D. Md. | 8:26-cv-02736 | Griggsby |
| **Plaintiffs:**<br>Jane Doe-1 and Jane Doe-2<br>**Defendants:**<br>Apple, Inc. | E.D. MI | 2:26-cv-12764 | Drain |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | D. Nev. | 2:26-cv-02178 | Traum |
| **Plaintiffs**:<br>Gail Burke<br>**Defendants:**<br>Apple, Inc. | D.N.J. | 2:26-cv-08495 | Cecchi |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Vincent Hopkins<br>**Defendants:**<br>Apple, Inc. | E.D.N.Y. | 2:26-cv-04251 | Brown |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | E.D.N.Y. | 2:26-cv-04252 | Bulsara |
| **Plaintiffs**:<br>Jane Doe N.G. 1<br>**Defendants:**<br>Apple, Inc. | S.D.N.Y. | 7:26-cv-06656 | Roman |
| **Plaintiffs**:<br>Kristen Morris<br>**Defendants:**<br>Apple, Inc. | W.D.N.Y. | 6:26-cv-06700 | Vacca |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Dorothy Miller<br>**Defendants:**<br>Apple, Inc. | W.D.N.C. | 3:26-cv-00556 | Cogburn |
| **Plaintiffs**:<br>Tonya Harris<br>**Defendants:**<br>Apple, Inc. | S.D.Ohio | 1:26-cv-00680 | Cole |
| **Plaintiffs:**<br>Jane Doe E.D. 1<br>**Defendants:**<br>Apple, Inc. | E.D. Texas | 1:26-cv-00340 | Truncale |
| **Plaintiffs**:<br>Jacqueline Ward<br>**Defendants:**<br>Apple, Inc. | S.D. Tex. | 4:26-cv-05453 | Hanks |

| | | | |
|---|---|---|---|
| **Plaintiffs**:<br>Lauren Hughes<br>**Defendants:**<br>Apple, Inc. | W.D.Tex. | 1:26-cv-01889 | Ezra |
| **Plaintiffs**:<br>Jane Doe<br>**Defendants:**<br>Apple, Inc. | E.D. Va. | 1:26-cv-02114 | Nachmanoff |
| **Plaintiffs:**<br>Sofia Hussein<br>**Defendants:**<br>Apple, Inc. | W.D.Wash. | 2:26-cv-02583 | Evanson |