# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. __3199__    & Title - **IN RE**:  Apple Airtag Marketing, Sales Practices, and Products Liability Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant Apple Inc.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Please See Attached Scheduled of Actions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 8/13/2026 | /s/ David R. Singh |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** David R. Singh
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065

Telephone No.: 650-802-3000          Fax No.: 650-802-3100

Email Address: david.singh@weil.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**SCHEDULE OF ACTIONS**

| No.: | U.S. District Court: | Case Name: | Case Number: |
|---|---|---|---|
| 1. | District of Arizona | Jane Doe v. Apple Inc. | 2:26-cv-05261 |
| 2. | District of Arizona | Jane Doe S.B. 1 v. Apple Inc. | 2:26-cv-05421 |
| 3. | Central District of California | Aine O'Neill v. Apple Inc. | 2:26-cv-07457 |
| 4. | District of Colorado | Lyris Brady | 1:26-cv-03073 |
| 5. | Middle District of Florida | Jane Doe v. Apple Inc. | 3:26-cv-01974 |
| 6. | Middle District of Florida | Karry Schuele v. Apple Inc. | 8:26-cv-01955 |
| 7. | Middle District of Florida | Paola Ballester v. Apple Inc. | 8:26-cv-01956 |
| 8. | Northern District of Georgia | Lisa Castle v. Apple Inc. | 1:26-cv-03851 |
| 9. | Northern District of Georgia | Brittany Alowonle v. Apple Inc. | 1:26-cv-03867 |
| 10. | Northern District of Georgia | Jessica Johnson v. Apple Inc. | 1:26-cv-03927 |
| 11. | District of Maryland | Chelsea Williams v. Apple Inc. | 8:26-cv-02723 |
| 12. | District of Maryland | Joel Beidleman v. Apple Inc. | 8:26-cv-02736 |
| 13. | Eastern District of Michigan | Jane Doe M. H. and W.P. v. Apple Inc. | 2:26-cv-12764 |
| 14. | Western District of North Carolina | Dorothy Miller v. Apple Inc. | 3:26-cv-00556 |
| 15. | District of Court of New Jersey | Gail Burke v. Apple Inc. | 2:26-cv-08495 |
| 16. | District of Nevada | Jane Doe v. Apple Inc. | 2:26-cv-02178 |
| 17. | Eastern District of New York | Vincent Hopkins v. Apple Inc. | 2:26-cv-04251 |
| 18. | Eastern District of New York | Jane Doe v. Apple Inc. | 2:26-cv-04252 |
| 19. | Southern District of New York | Jane Doe, N.G. 1 v. Apple Inc. | 7:26-cv-06656 |
| 20. | Western District of New York | Kristin Morris v. Apple Inc. | 6:26-cv-06700 |

| No.: | U.S. District Court: | Case Name: | Case Number: |
|---|---|---|---|
| 21. | Southern District of Ohio | Tonay Harris v. Apple Inc. | 1:26-cv-00680 |
| 22. | Eastern District of Texas | Jane Doe, E.D. 1 v. Apple Inc. | 1:26-cv-00340 |
| 23. | Southern District of Texas | Cody Lovins v. Apple Inc. | 4:26-cv-05560 |
| 24. | Western District of Texas | Lauren Hughes v. Apple Inc. | 1:26-cv-01889 |
| 25. | Eastern District of Virigina | Jane Doe v. Apple Inc. | 1:26-cv-02114 |
| 26. | Western District of Washington | Sofia Hussein v. Apple Inc. | 2:26-cv-02583 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all Parties with an electronic mailing address of record, who have appeared and consented to electronic service in this Action.

/s/ David R. Singh
David R. Singh