# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3199 & Title - **IN RE:** Apple Airtag Marketing, Sales Practices, and Products Liability Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached Parties Represented.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached Short Case Captions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/14/26 [signature]

Date Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Edwin J. Kilpela, Jr.
6425 Living Pl.. Suite 200,
Pittsburgh, PA 15206

Telephone No.: (501) 417-6445 Fax No.: (424) 276-0473

Email Address: ek@waykayslay.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**PARTIES REPRESENTED**

1. Plaintiff Brittany Alowonle
2. Plaintiff Paola Ballester
3. Plaintiff Joel Biedleman
4. Plaintiff Lyris Brady
5. Plaintiff Gail Burke
6. Plaintiff Lisa Castle
7. Plaintiff Jane Doe 1
8. Plaintiff Jane Doe 2
9. Plaintiff Jane Doe 3
10. Plaintiff Jane Doe 4
11. Plaintiff Tonya Harris
12. Plaintiff Vincent Hopkins
13. Plaintiff Lauren Hughes
14. Plaintiff Sofia Hussein
15. Plaintiff Jessica Johnson
16. Plaintiff Cody Lovins
17. Plaintiff Dorothy Miller
18. Plaintiff Kristen Morris
19. Plaintiff Aine O'Neill
20. Plaintiff Karry Schuele
21. Plaintiff Jacqueline Ward
22. Plaintiff Chelsea Williams

**SHORT CASE CAPTION(s)**

| Case Name | District | Case No. |
|---|---|---|
| *Alowonle v. Apple, Inc.* | N.D. Georgia | 1:26-cv-03867 |
| *Ballester v. Apple, Inc.* | M.D. Florida | 8:26-cv-01956 |
| *Beidleman v. Apple, Inc.* | D. Maryland | 8:26-cv-02736 |
| *Brady v. Apple, Inc.* | D. Colorado | 1:26-cv-03073 |
| *Burke v. Apple, Inc.* | D. New Jersey | 2:26-cv-08495 |
| *Castle v. Apple, Inc.* | N.D. Georgia | 1:26-cv-03851 |
| *Doe 1 v. Apple, Inc.* | E.D. New York | 2:26-cv-04252 |
| *Doe 2 v. Apple, Inc.* | D. Nevada | 2:26-cv-02178 |
| *Doe 3 v. Apple, Inc.* | D. Arizona | 2:26-cv-05261 |
| *Doe 4 v. Apple, Inc.* | E.D. Virginia | 1:26-cv-02114 |
| *Harris v. Apple, Inc.* | S.D. Ohio | 1:26-cv-00680 |
| *Hopkins v. Apple, Inc.* | E.D. New York | 2:26-cv-04251 |
| *Hughes v. Apple, Inc.* | W.D. Texas | 1:26-cv-01889 |
| *Hussein v. Apple, Inc.* | W.D. Washington | 2:26-cv-02583 |
| *Johnson v. Apple, Inc.* | N.D. Georgia | 1:26-cv-03927 |
| *Lovins v. Apple, Inc.* | S.D. Texas | 4:26-cv-05560 |
| *Miller v. Apple, Inc.* | W.D. North Carolina | 3:26-cv-00556 |
| *Morris v. Apple, Inc.* | W.D. New York | 6:26-cv-06700 |
| *O'Neill v. Apple, Inc.* | C.D. California | 2:26-cv-07457 |
| *Schuele v. Apple, Inc.* | M.D. Florida | 8:26-cv-01955 |
| *Ward v. Apple, Inc.* | S.D. Texas | 4:26-cv-05453 |
| *Williams v. Apple, Inc.* | D. Maryland | 8:26-cv-02723 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2026 I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all Parties with an electronic mailing address of record, who have appeared and consented to electronic service in this Action.

*/s/ Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.