**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3199

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Rachel Fox | Apple, Inc. | E.D. Texas | 4:26-cv-01083 | J. Campbell Barker |
| 2 | Desiree Freeman | Apple, Inc. | N.D. California | 3:26-cv-03969 | Vince Chhabria |

Dated: August 18, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren*

*Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*