# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3199 & Title - **IN RE:** APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Plaintiff Jane Doe D.C. 1 (see attached List of Additional Actions)

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Doe D.C. 1 v. Apple Inc.; Middle District of Florida; 3:26-cv-01974 (see attached List of Additional Actions)

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

08/24/2026 /s/ D. Todd Mathews

Date Signature of Attorney or Designee

**Name and Address of Designated Attorney:** D. Todd Mathews
P.O. Box 993
Maryville, IL 62062

Telephone No.: 618.418.5180 Fax No.: 304.342.1110

Email Address: tmathews@baileyglasser.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**MDL NO. 3199 IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

## LIST OF ADDITIONAL ACTIONS

**PARTIES REPRESENTED:**

Plaintiff Jane Doe D.C. 1

Plaintiff Jane Doe K.L. 1

Plaintiff Jane Doe, N.G. 1

**SHORT CASE CAPTION:**

Doe D.C. 1 v. Apple Inc.; Middle District of Florida; 3:26-cv-01974

Doe K.L. 1 v. Apple Inc.; Western District of Missouri; 4:26-cv-00681

Doe, N.G. 1 v. Apple Inc.; Southern District of New York; 7:26-cv-06656

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all Parties with an electronic mailing address of record, who have appeared and consented to electronic service in this action.

/s/ *D. Todd Mathews*
D. Todd Mathews