**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3199

## NOTICE OF ERRATA

Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris amend their Notice of Related Actions and Schedule of Actions filed on August 17, 2026 [ECF No. 17 and 17-1].

Dated: August 24, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams,*

*Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all Parties with an electronic mailing address of record, who have appeared and consented to electronic service in this action.

Edwin J. Kilpela, Jr.