**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3199

**AMENDED NOTICE OF RELATED ACTION**

In accordance with Rules 6.2(d) and 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, notice is hereby issued to the Clerk of Panel of the following related actions:

1. *Desiree Freeman and Frank Freeman v. Apple, Inc.*, No. 1:26-cv-10186 (N.D. Illinois), filed on May 1, 2026.
2. *Rachel Fox v. Apple, Inc.*, No. 4:26-cv-01083 (E.D. Texas), filed on August 17, 2026.

The docket sheets and complaints are attached hereto as Exhibits A and B, respectively.

Dated: August 24, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane*

*Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*