**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3199

**AMENDED SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant(s)** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1 | Rachel Fox | Apple, Inc. | E.D. Texas | 4:26-cv-01083 | J. Campbell Barker |
| 2 | Desiree Freeman and Frank Freeman | Apple, Inc. | N.D. Illinois | 1:26-cv-10186 | John J. Tharp, Jr |

Dated: August 24, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry*

*Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*