**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re Apple AirTag Marketing, Sales Practices, and Products Liability Litigation* | MDL No. 3199 |

**DECLARATION OF DAVID R. SINGH IN SUPPORT OF APPLE INC.'S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

I, DAVID R. SINGH, hereby declare:

1. I am a Partner at Weil, Gotshal & Manges LLP and counsel for Defendant Apple Inc. in the above-captioned action. I am a member in good standing of the United States District Court for the Southern District of New York, United States District Court for the Central District of California, United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Northern District of Illinois, United States District Court for the Western District of Michigan, United States District Court of New Mexico, the United States Court of Appeals for the 10th Circuit, the United States Court of Appeals for the 9th Circuit, the United States Court of Appeals for the 2nd Circuit, the Bar of the State of California and the Bar of the State of New York. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. I submit this declaration in support of Apple's Opposition to the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pretrial Proceedings ("Apple's Opposition").

3. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Apple Inc.'s Answer to Plaintiffs' Third Amended Class Action Complaint filed on December 9, 2024 in *Hughes v. Apple Inc.*, No. 3:22-cv-7668-VC (N.D. Cal.), ECF 103.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Order issued by Honorable Diane J. Humetewa on August 11, 2026 in the matter of *Jane Doe v. Apple Inc*., No. 26-05261-PHX-DJH (D. Ariz.), ECF 31, denying Plaintiff Jane Doe S.B.1's Motion to Transfer.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Civil Trial Scheduling Order issued by Honorable Percy Anderson on August 24, 2026, in *O'Neill* v. *Apple Inc.*, No. 2:26-cv-07457-PA-SSC (C.D. Cal), ECF 233, setting a trial date for May 11, 2027.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Joint Status Report filed on July 31, 2026 in *Morris v. Apple Inc.*, 6:26-cv-06700-MAV (W.D.N.Y.), ECF 27.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Uniform Case

Management Report filed on August 19, 2026 in *Schuele v. Apple Inc.*, 8:26-CV-01955-JLB-AAS (M.D. Fla.), ECF 38.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Joint Stipulation for Extension of Time to Respond filed on August 19, 2026 in *Jane Doe S.B.1 v. Apple Inc.*, No. 2:26-cv-05421-SPL (D. Ariz.), ECF 12.

9. Attached hereto as **Exhibit G** is a true and correct list of all individual actions severed from *Hughes v. Apple Inc.*, No. 3:22-cv-7668-VC (N.D. Cal.) that have settled in principle as of August 25, 2026.

10. Attached hereto as **Exhibit H** is a true and correct copy of the United States Judicial Panel on Multidistrict Litigation's MDL Statistics Report - Distribution of Pending MDL Dockets by District published on August 3, 2026 and publicly available at, https://www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-August-3-2026.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 25, 2026 in Redwood Shores, California.

By: *_/s/ David R. Singh_*

DAVID R. SINGH
David.Singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100