# EXHIBIT A

# Apple Inc.'s Answer to Plaintiffs' Third Amended Class Action Complaint in *Hughes v. Apple Inc.*, No. 3:22-cv-7668-VC (N.D. Cal.)

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOCELYN E. GREER (*admitted pro hac vice*)
JGreer@mofo.com
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

APPLE INC., a California corporation,

Defendant.

Case No. 3:22-cv-07668-VC

**DEFENDANT APPLE INC.'S ANSWER TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**

Judge: Honorable Vince Chhabria

TAC Filed: November 25, 2024

Defendant Apple Inc. ("Apple") answers the allegations of Plaintiffs Lauren Hughes, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Carla Epps, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Roger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamyla Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Aine O'Neill, Clara Rintoul, Natalia Witherell Sametz, LaPrecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams, and five plaintiffs identified as "Jane Doe" (collectively, "Plaintiffs"), set forth in their Third Amended Class Action Complaint ("TAC"). To the extent the TAC asserts conclusions of law, such conclusions of law require no response in this Answer. To the extent any response is required to headings, footnotes, or other unnumbered paragraphs in the TAC, Apple denies the factual allegations, if any, contained in such headings or unnumbered paragraphs. To the extent any footnote in the TAC references or purports to summarize, interpret, or state the contents of websites, articles, or documents, those documents speak for themselves.

## INTRODUCTION

1. Apple admits that it sells AirTag. Apple responds that, to the extent the allegations in Paragraph 1 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 1 of the TAC.

2. Apple admits that it introduced AirTag in April 2021. Apple responds that, to the extent the allegations in Paragraph 2 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 2 of the TAC.

3. Apple admits that it introduced AirTag in April 2021. Apple admits that AirTag was available for purchase starting on April 30, 2021. Apple admits that, since AirTag's

introduction in April 2021, Apple has made updates to AirTag's unwanted tracking features. *See, e.g.*, Apple Statement, *An update on AirTag and unwanted tracking* (Feb. 10, 2022), available at https://www.apple.com/newsroom/2022/02/an-update-on-airtag-and-unwanted-tracking/. Apple responds that, to the extent the allegations in Paragraph 3 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 3 of the TAC.

4. Apple admits that Plaintiffs purport to bring a class action lawsuit. Apple denies that such class action is appropriate or warranted in this case. Apple responds that, to the extent the allegations in Paragraph 4 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the remaining allegations in Paragraph 4 of the TAC.

5. Apple responds that, to the extent that any of the allegations in Paragraph 5 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 5 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 5 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

6. Apple admits that it introduced AirTag in April 2021. Apple admits that Plaintiffs purport to bring a class action lawsuit. Apple denies that such class action is appropriate or warranted in this case. Apple responds that it designed AirTag to help people locate their personal belongings, not to track people or another person's property, and Apple condemns in the strongest possible terms any malicious use of its products. Apple responds that, to the extent the allegations

in Paragraph 6 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the remaining allegations in Paragraph 6 of the TAC.

7. Apple responds that, to the extent that any of the allegations in Paragraph 7 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 7 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 7 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

8. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the TAC and, on that basis, denies them.

9. Apple responds that, to the extent that any of the allegations in Paragraph 9 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 9 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 9 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

10. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the TAC and, on that basis, denies them.

11. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the TAC and, on that basis, denies them.

12. Apple admits that it introduced AirTag in April 2021. Apple admits that AirTag can relay its location to its owner. Except as otherwise stated, Apple denies the remaining allegations in Paragraph 12 of the TAC.

13. Apple admits that AirTag is available for purchase for $29.00. Apple admits that AirTag can help keep track of and find items with Apple's Find My network. Except as otherwise stated, Apple denies the remaining allegations in Paragraph 13 of the TAC.

14. Apple admits that AirTag can use Apple's Find My network. Apple admits that certain Apple devices can detect Bluetooth signals from an AirTag and relay the location to its owner. Except as otherwise stated, Apple denies the remaining allegations in Paragraph 14 of the TAC.

15. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the TAC and, on that basis, denies them.

16. Apple denies the allegations in Paragraph 16 of the TAC. Apple further denies that it claimed AirTag was "stalker-proof." Apple responds that reporters, not Apple, described AirTag as "stalker-proof." *See* ECF No. 50 at 35; ECF No. 82 at 18, n. 8.

17. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the TAC and, on that basis, denies them.

18. Apple denies that it claimed AirTag was "stalker-proof." Apple responds that reporters, not Apple, described AirTag as "stalker-proof." *See* ECF No. 50 at 35; ECF No. 82 at 18, n. 8. Apple responds that, to the extent that any of the allegations in Paragraph 18 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 18 of the TAC do not purport to state the contents of online postings, articles, documents, or websites,

Apple denies those allegations in Paragraph 18 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

19. Apple responds that it designed AirTag to help people locate their personal belongings, not to track people or another person's property, and Apple condemns in the strongest possible terms any malicious use of its products. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the TAC and, on that basis, denies them.

20. Apple responds that it designed AirTag to help people locate their personal belongings, not to track people or another person's property, and Apple condemns in the strongest possible terms any malicious use of its products. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the TAC and, on that basis, denies them.

21. Apple admits that Plaintiffs purport to bring a class action lawsuit. Apple denies that such class action is appropriate or warranted in this case. Apple responds that, to the extent the allegations in Paragraph 21 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 21 of the TAC.

22. Apple admits that Plaintiffs purport to bring a class action lawsuit and seek individual damages. Apple denies that such class action is appropriate or warranted in this case. Apple responds that, to the extent the allegations in Paragraph 22 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 22 of the TAC.

## PARTIES

23. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the TAC and, on that basis, denies them.

24. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the TAC and, on that basis, denies them.

25. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the TAC and, on that basis, denies them.

26. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the TAC and, on that basis, denies them.

27. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the TAC and, on that basis, denies them.

28. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the TAC and, on that basis, denies them.

29. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the TAC and, on that basis, denies them.

30. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the TAC and, on that basis, denies them.

31. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the TAC and, on that basis, denies them.

32. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the TAC and, on that basis, denies them.

33. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the TAC and, on that basis, denies them.

34. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the TAC and, on that basis, denies them.

35. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the TAC and, on that basis, denies them.

36. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the TAC and, on that basis, denies them.

37. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the TAC and, on that basis, denies them.

38. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the TAC and, on that basis, denies them.

39. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the TAC and, on that basis, denies them.

40. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the TAC and, on that basis, denies them.

41. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the TAC and, on that basis, denies them.

42. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the TAC and, on that basis, denies them.

43. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the TAC and, on that basis, denies them.

44. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the TAC and, on that basis, denies them.

45. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the TAC and, on that basis, denies them.

46. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the TAC and, on that basis, denies them.

47. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the TAC and, on that basis, denies them.

48. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the TAC and, on that basis, denies them.

49. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the TAC and, on that basis, denies them.

50. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the TAC and, on that basis, denies them.

51. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the TAC and, on that basis, denies them.

52. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the TAC and, on that basis, denies them.

53. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the TAC and, on that basis, denies them.

54. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the TAC and, on that basis, denies them.

55. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 21-3 Filed 08/25/24 Page 10 of 100

56. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the TAC and, on that basis, denies them.

57. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the TAC and, on that basis, denies them.

58. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the TAC and, on that basis, denies them.

59. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the TAC and, on that basis, denies them.

60. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the TAC and, on that basis, denies them.

61. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the TAC and, on that basis, denies them.

62. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the TAC and, on that basis, denies them.

63. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the TAC and, on that basis, denies them.

64. Apple admits that it is a California corporation with its headquarters in Cupertino, California. Apple admits that it designs, manufactures and markets smartphones, personal computers, tablets, wearables and accessories, including AirTag. Apple responds that, to the extent the allegations in Paragraph 64 of the TAC state conclusions of law, no response is required.

**JURISDICTION AND VENUE**

65. Apple responds that, to the extent the allegations in Paragraph 65 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the

allegations in Paragraph 65 of the TAC, or lacks the knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies them.

66. Apple admits that it is a California corporation with its headquarters in Cupertino, California. Apple responds that, to the extent the allegations in Paragraph 66 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 66 of the TAC.

## INTRADISTRICT ASSIGNMENT

67. Apple admits that it is a California corporation with its headquarters in Cupertino, California. Apple responds that, to the extent allegations in Paragraph 67 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 67 of the TAC.

## CHOICE OF LAW

### A. California Law Governs the Claims of the iOS Stalked Class and the Parent Sub-Class.

68. Apple responds that, to the extent allegations in Paragraph 68 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 68 of the TAC.

69. Apple admits that consumers who elect to use Apple's iPhone, iPad, or iPod touch devices accept the terms of Apple's iOS Software License Agreement. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 69 of the TAC.

70. Apple admits that Plaintiffs attached, as exhibits to their TAC, versions of Apple's iOS Software License Agreement that each contain a California choice of law provision. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 70 of the TAC.

71. Apple admits that AirTag can use Bluetooth. Apple responds that, to the extent allegations in Paragraph 71 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 71 of the TAC.

72. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the TAC and, on that basis, denies them.

73. Apple responds that, to the extent that any of the allegations in Paragraph 73 of the TAC reference or purport to summarize, interpret, or quote from an Apple webpage, that webpage speaks for itself, and Apple denies any characterization of the webpage that is inconsistent with its content. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 73 of the TAC.

74. Apple denies the allegations in Paragraph 74 of the TAC. Apple further responds that, to the extent allegations in Paragraph 74 of the TAC state conclusions of law, no response is required.

75. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the TAC and, on that basis, denies them.

76. Apple responds that, to the extent allegations in Paragraph 76 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 76 of the TAC.

77. Apple admits that Plaintiffs have proposed Plaintiff Alowonle as their representative of Plaintiff's purported "Parent Sub-Class." Apple denies that certification of any classes is appropriate or warranted in this case. Apple responds that, to the extent allegations in

Case 3:22-cv-07668-VC Document 21-3 Filed 03/25/24 Page 13 of 100

Paragraph 77 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 77 of the TAC.

**B. California Law Governs the Claims of Non-Californian Class Members of the Non-iOS Stalked Class.**

78. Apple responds that, to the extent allegations in Paragraph 78 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 78 of the TAC.

79. Apple responds that, to the extent allegations in Paragraph 79 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 79 of the TAC.

a. Apple admits that it is headquartered in California.

b. Apple responds that, to the extent allegations in Paragraph 79(b) of the TAC state conclusions of law, no response is required.

c. Apple responds that, to the extent allegations in Paragraph 79(c) of the TAC state conclusions of law, no response is required.

d. Apple admits that it designed AirTag in California.

e. Apple responds that, to the extent allegations in Paragraph 79(e) of the TAC state conclusions of law, no response is required.

f. Apple responds that, to the extent allegations in Paragraph 79(f) of the TAC state conclusions of law, no response is required.

g. Apple responds that, to the extent allegations in Paragraph 79(g) of the TAC state conclusions of law, no response is required.

80. Apple responds that, to the extent allegations in Paragraph 80 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 80 of the TAC.

## FACTUAL ALLEGATIONS

### A. Apple AirTags, Generally.

81. Apple admits that it introduced AirTag in April 2021. Apple responds that, to the extent that any of the allegations in Paragraph 81 of the TAC reference or purport to summarize, interpret, or quote from an Apple webpage, that webpage speaks for itself, and Apple denies any characterization of the webpage that is inconsistent with its content. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 81 of the TAC.

82. Apple admits that AirTag can use Bluetooth. Apple responds that, to the extent that any of the allegations in Paragraph 82 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 82 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 82 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

83. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 of the TAC and, on that basis, denies them.

84. Apple responds that, to the extent that any of the allegations in Paragraph 84 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 84 of the TAC do not purport to state the contents of online postings, articles,

documents, or websites, Apple denies those allegations in Paragraph 84 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

85. Apple responds that, to the extent that any of the allegations in Paragraph 85 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 85 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 85 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

### B. Within Days of the Release of the AirTag, Technologists and Advocates Urged Apple to Consider the Risk Inherent in the Product.

86. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the TAC and, on that basis, denies them.

87. Apple responds that, to the extent that any of the allegations in Paragraph 87 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 87 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 87 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

88. Apple responds that, to the extent that any of the allegations in Paragraph 88 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in

Paragraph 88 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 88 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

89. Apple responds that, to the extent that any of the allegations in Paragraph 89 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 89 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 89 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

90. Apple responds that, to the extent that any of the allegations in Paragraph 90 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 90 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 90 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

91. Apple responds that, to the extent that any of the allegations in Paragraph 91 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 91 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 91 of the TAC, or lacks

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

92. Apple responds that, to the extent that any of the allegations in Paragraph 92 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 92 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 92 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

**C. Apple Affirmatively Sought to Dismiss and Minimize Concerns About the Threats Surrounding AirTags, Going So Far As to Call the Product "Stalker-Proof."**

93. Apple denies the allegations in Paragraph 93 of the TAC. Apple further denies that it claimed AirTag was "stalker-proof." Apple responds that reporters, not Apple, described AirTag as "stalker-proof." *See* ECF No. 50 at 35; ECF No. 82 at 18, n. 8.

94. Apple responds that, to the extent allegations in Paragraph 94 of the TAC state conclusions of law, no response is required. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 94 of the TAC.

**D. Following Its Release, Reports Proliferated of People Being Stalked Via AirTags.**

95. Apple responds that, to the extent that any of the allegations in Paragraph 95 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 95 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 95 of the TAC, or lacks

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

96. Apple responds that, to the extent that any of the allegations in Paragraph 96 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 96 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 96 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

97. Apple responds that, to the extent that any of the allegations in Paragraph 97 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 97 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 97 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

98. Apple responds that, to the extent that any of the allegations in Paragraph 98 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 98 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 98 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that

basis, denies them.

99. Apple responds that, to the extent that any of the allegations in Paragraph 99 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 99 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 99 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

100. Apple responds that, to the extent that any of the allegations in Paragraph 100 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 100 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 100 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

101. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 of the TAC and, on that basis, denies them.

102. Apple responds that, to the extent that any of the allegations in Paragraph 102 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 102 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 102 of the TAC, or lacks

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

103. Apple responds that, to the extent that any of the allegations in Paragraph 103 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 103 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 103 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

104. Apple responds that, to the extent that any of the allegations in Paragraph 104 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 104 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 104 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

105. Apple responds that, to the extent that any of the allegations in Paragraph 105 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 105 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 105 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that

basis, denies them.

**E. Individuals Have Few, If Any, Meaningful Remedies When They Are Tracked.**

106. Apple responds that, to the extent the allegations in Paragraph 106 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 106 of the TAC.

**Remedies for IOS Users (and Their Limitations)**

107. Apple admits that it designed AirTag with a set of proactive features to discourage unwanted tracking. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 107 of the TAC.

108. Apple admits that, if any AirTag is separated from its owner and is seen moving with a user over time, the user can receive Tracking Notifications on their device(s) with iOS 14.5 or later, or iPadOS 14.5 or later. Apple admits that the notification at one point read, "AirTag Found Moving With You. The location of this AirTag can be seen by the owner." Except as expressly admitted, Apple denies the remaining allegations in Paragraph 108 of the TAC.

109. Apple admits that iOS devices can detect an AirTag that was separated from its owner, and notify the user, after a certain period, if an unknown AirTag was seen to be traveling with them from place to place over time. Apple further responds that, to the extent that any of the allegations in Paragraph 109 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 109 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, except as expressly admitted, Apple denies those allegations in Paragraph 109 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

110. Apple admits that, if any AirTag is separated from its owner and is seen moving with a user over time, the user can receive Tracking Notifications on their device(s) with iOS 14.5 or later, or iPadOS 14.5 or later. Apple further responds that, to the extent that any of the allegations in Paragraph 110 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 110 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, except as expressly admitted, Apple denies the remaining allegations in Paragraph 110 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

111. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 of the TAC and, on that basis, denies them.

112. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 of the TAC and, on that basis, denies them.

**Remedies for Android Users (and Their Limitations)**

113. Apple admits that, in May 2023, Apple and Google jointly submitted a proposed industry specification to help combat the misuse of Bluetooth location-tracking devices for unwanted tracking. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 113 of the TAC.

114. Apple responds that, to the extent that any of the allegations in Paragraph 114 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 114 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 114 of the TAC, or lacks

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

115. Apple admits that it released the Tracker Detect app in December 2021. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 115 of the TAC.

116. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the TAC and, on that basis, denies them.

117. Apple responds that, to the extent that any of the allegations in Paragraph 117 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 117 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 117 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

118. Apple admits that Android users can use Tracker Detect to look for trackers within Bluetooth range that are separated from their owner and that are compatible with Apple's Find My network. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 118 of the TAC.

119. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the TAC and, on that basis, denies them.

120. Apple admits that, in May 2023, Apple and Google jointly submitted a proposed industry specification to help combat the misuse of Bluetooth location-tracking devices for unwanted tracking. Apple responds that, to the extent that any of the allegations in Paragraph 120

of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 120 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 120 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

121. Apple responds that, to the extent that any of the allegations in Paragraph 121 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 121 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 121 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

122. Apple responds that, to the extent that any of the allegations in Paragraph 122 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 122 do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 122 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

123. Apple denies the allegations of Paragraph 123 of the TAC.

124. Apple responds that, to the extent that any of the allegations in Paragraph 124 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles,

Case 3:22-cv-07668-VC Document 21-1 Filed 01/25/24 Page 25 of 100

documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 124 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 124 of the TAC or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

125. Apple responds that, to the extent that any of the allegations in Paragraph 125 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 125 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 125 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

126. Apple responds that, to the extent the allegations in Paragraph 126 of the TAC state conclusions of law, no response is required. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 126 of the TAC.

**Remedies That Do Not Rely on a Specific Operating System (and their Limitations)**

127. Apple admits that an AirTag separated from its owner for a period of time can play a sound when moved to draw attention to it. Except as expressly admitted, Apple denies the remaining allegations in Paragraph 127 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

128. Apple lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 128 of the TAC and, on that basis, denies them.

129. Apple responds that, to the extent that any of the allegations in Paragraph 129 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 129 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 129 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

130. Apple responds that, to the extent that any of the allegations in Paragraph 130 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 130 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 130 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

131. Apple responds that, to the extent that any of the allegations in Paragraph 131 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 131 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 131 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

132. Apple responds that, to the extent that any of the allegations in Paragraph 132 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles,

documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 132 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 132 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

133. Apple admits that AirTag can be disabled by removing the battery. Apple admits that, once the battery is removed, the location of the AirTag is no longer visible to its owner. To the extent not expressly admitted, Apple denies the remaining allegations in Paragraph 133 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

134. Apple responds that, to the extent that any of the allegations in Paragraph 134 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 134 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 134 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

135. Apple denies that AirTag's safety features are deficient. Apple responds that, to the extent the allegations in Paragraph 135 of the TAC state conclusions of law, no response is required. Except as expressly stated, Apple denies the remaining allegations in Paragraph 135 and Exhibit A of the TAC.

### F. Victims of AirTag Stalking Have Little Meaningful Recourse in the Criminal Justice System, and These Victims Are Further Undermined by Apple's Disingenuous Statements about Its Commitments to Working With Law Enforcement.

136. Apple responds that, to the extent the allegations in Paragraph 136 of the TAC state conclusions of law, no response is required. Apple responds that, to the extent that any of the allegations in Paragraph 136 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 136 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 136 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

137. Apple responds that, to the extent that any of the allegations in Paragraph 137 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 137 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 137 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

138. Apple responds that, to the extent that any of the allegations in Paragraph 138 of the TAC reference or purport to summarize, interpret, or quote from an Apple webpage, that webpage speaks for itself, and Apple denies any characterization of the webpage that is inconsistent with its content. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 138 of the TAC.

139. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 of the TAC and, on that basis, denies them.

140. Apple responds that, to the extent that any of the allegations in Paragraph 140 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 140 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 140 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

141. Apple denies the allegations in Paragraph 141 of the TAC.

142. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 of the TAC and, on that basis, denies them.

143. Apple responds that Plaintiffs include only an excerpt of the purported police report. Apple responds that, per Plaintiffs' own Figure 15 in the TAC, Apple responded to the law enforcement request. Apple further responds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 of the TAC and, on that basis, denies them.

144. Apple denies the allegations in Paragraph 144 of the TAC.

145. Apple responds that, to the extent that any of the allegations in Paragraph 145 of the TAC reference or purport to summarize, interpret, or quote from an Apple webpage, that webpage speaks for itself, and Apple denies any characterization of the webpage that is inconsistent with its content. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 145 of the TAC.

146. Apple admits that it retains AirTag pairing history for up to 25 days. Except as expressly admitted or otherwise stated, Apple denies the remaining allegations in Paragraph 146 of the TAC.

147. Apple denies that it makes "deeply misleading" statements. Apple further responds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 of the TAC and, on that basis, denies them.

148. Apple responds that Plaintiffs include only an excerpt of the purported conversation with Apple. Apple further responds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 of the TAC and, on that basis, denies them.

149. Apple responds that Plaintiffs include only an excerpt of the purported conversation with Apple. Apple further responds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 of the TAC and, on that basis, denies them.

150. Apple denies the allegations in Paragraph 150 of the TAC.

151. Apple responds that, to the extent that any of the allegations in Paragraph 151 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 151 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 151 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

**G. Children Are Particularly Vulnerable to Being Stalked With AirTags.**

152. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 of the TAC and, on that basis, denies them.

153. Apple responds that, to the extent that any of the allegations in Paragraph 153 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 153 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 153 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

154. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 of the TAC and, on that basis, denies them.

### H. The Federal Trade Commission Makes Clear That Stalking Technologies and Unwanted Location Tracking Violates Section 5 of the FTC Act.

155. Apple denies that actions by the FTC "directly speak" to or are related to this case. Apple denies that it engages in "plainly-illegal, dangerous, and fundamentally unfair conduct." Apple responds that, to the extent the allegations in Paragraph 155 of the TAC state conclusions of law, no response is required. Apple further responds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 of the TAC and, on that basis, denies them.

156. Apple denies that actions by the FTC "directly speak" to or are related to this case. Apple responds that, to the extent that any of the allegations in Paragraph 156 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 156 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 156 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

157. Apple responds that, to the extent that any of the allegations in Paragraph 157 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 157 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 157 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

158. Apple responds that, to the extent that any of the allegations in Paragraph 158 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 158 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 158 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

159. Apple responds that, to the extent that any of the allegations in Paragraph 159 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 159 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 159 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

160. Apple denies that actions by the FTC "directly speak" to or are related to this case. Apple further responds that, to the extent that any of the allegations in Paragraph 160 of the TAC

reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 160 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 160 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

161. Apple denies that actions by the FTC "directly speak" to or are related to this case. Apple responds that, to the extent that any of the allegations in Paragraph 161 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 161 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 161 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

## I. Plaintiffs' Experiences With AirTags.

### i. Lauren Hughes

162. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 of the TAC and, on that basis, denies them.

163. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 of the TAC and, on that basis, denies them.

164. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 of the TAC and, on that basis, denies them.

165. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 of the TAC and, on that basis, denies them.

166. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 of the TAC and, on that basis, denies them.

167. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 of the TAC and, on that basis, denies them.

168. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 of the TAC and, on that basis, denies them.

169. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 of the TAC and, on that basis, denies them.

170. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170 of the TAC and, on that basis, denies them.

171. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 of the TAC and, on that basis, denies them.

172. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 of the TAC and, on that basis, denies them.

173. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 of the TAC and, on that basis, denies them.

174. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174 of the TAC and, on that basis, denies them.

175. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 of the TAC and, on that basis, denies them.

176. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 of the TAC and, on that basis, denies them.

177. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 of the TAC and, on that basis, denies them.

178. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 of the TAC and, on that basis, denies them.

179. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 of the TAC and, on that basis, denies them.

180. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 of the TAC and, on that basis, denies them.

**ii. Plaintiff Jane Doe 1**

181. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 of the TAC and, on that basis, denies them.

182. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 of the TAC and, on that basis, denies them.

183. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 of the TAC and, on that basis, denies them.

184. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 of the TAC and, on that basis, denies them.

185. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 of the TAC and, on that basis, denies them.

186. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 of the TAC and, on that basis, denies them.

187. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 of the TAC and, on that basis, denies them.

188. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 of the TAC and, on that basis, denies them.

**iii. Plaintiff Jane Doe 2**

189. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 of the TAC and, on that basis, denies them.

190. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 of the TAC and, on that basis, denies them.

191. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 of the TAC and, on that basis, denies them.

192. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 of the TAC and, on that basis, denies them.

193. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 of the TAC and, on that basis, denies them.

194. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 of the TAC and, on that basis, denies them.

195. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 of the TAC and, on that basis, denies them.

196. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 of the TAC and, on that basis, denies them.

197. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 of the TAC and, on that basis, denies them.

198. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 of the TAC and, on that basis, denies them.

199. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the TAC and, on that basis, denies them.

**iv. Plaintiff Jane Doe 3**

200. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 of the TAC and, on that basis, denies them.

201. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 of the TAC and, on that basis, denies them.

202. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 of the TAC and, on that basis, denies them.

203. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 of the TAC and, on that basis, denies them.

204. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 of the TAC and, on that basis, denies them.

205. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 of the TAC and, on that basis, denies them.

206. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 of the TAC and, on that basis, denies them.

207. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 of the TAC and, on that basis, denies them.

208. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 of the TAC and, on that basis, denies them.

209. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 of the TAC and, on that basis, denies them.

210. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 of the TAC and, on that basis, denies them.

**v. Jane Doe 4**

211. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 of the TAC and, on that basis, denies them.

212. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 of the TAC and, on that basis, denies them.

213. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 of the TAC and, on that basis, denies them.

214. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 of the TAC and, on that basis, denies them.

215. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 of the TAC and, on that basis, denies them.

216. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 of the TAC and, on that basis, denies them.

217. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 of the TAC and, on that basis, denies them.

218. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 of the TAC and, on that basis, denies them.

219. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 of the TAC and, on that basis, denies them.

220. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 of the TAC and, on that basis, denies them.

221. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221 of the TAC and, on that basis, denies them.

**vi. Plaintiff Jane Doe 5**

222. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 of the TAC and, on that basis, denies them.

223. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 of the TAC and, on that basis, denies them.

224. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 of the TAC and, on that basis, denies them.

225. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 of the TAC and, on that basis, denies them.

226. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 of the TAC and, on that basis, denies them.

227. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 of the TAC and, on that basis, denies them.

228. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 of the TAC and, on that basis, denies them.

229. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 of the TAC and, on that basis, denies them.

230. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 of the TAC and, on that basis, denies them.

231. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 of the TAC and, on that basis, denies them.

232. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 of the TAC and, on that basis, denies them.

233. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 of the TAC and, on that basis, denies them.

234. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 of the TAC and, on that basis, denies them.

235. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 of the TAC and, on that basis, denies them.

**vii. Plaintiff Brittany Alowonle**

236. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236 of the TAC and, on that basis, denies them.

237. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 of the TAC and, on that basis, denies them.

238. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 of the TAC and, on that basis, denies them.

239. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 of the TAC and, on that basis, denies them.

240. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240 of the TAC and, on that basis, denies them.

241. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 of the TAC and, on that basis, denies them.

242. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 of the TAC and, on that basis, denies them.

243. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 213 Filed 08/25/24 Page 41 of 100

244. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 of the TAC and, on that basis, denies them.

245. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 of the TAC and, on that basis, denies them.

246. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 of the TAC and, on that basis, denies them.

247. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 of the TAC and, on that basis, denies them.

**viii. Plaintiff Rita Araujo**

248. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 of the TAC and, on that basis, denies them.

249. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249 of the TAC and, on that basis, denies them.

250. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250 of the TAC and, on that basis, denies them.

251. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251 of the TAC and, on that basis, denies them.

252. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252 of the TAC and, on that basis, denies them.

253. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253 of the TAC and, on that basis, denies them.

254. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 of the TAC and, on that basis, denies them.

255. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 of the TAC and, on that basis, denies them.

256. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 of the TAC and, on that basis, denies them.

257. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257 of the TAC and, on that basis, denies them.

**ix. Plaintiff Joel Biedleman**

258. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258 of the TAC and, on that basis, denies them.

259. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259 of the TAC and, on that basis, denies them.

260. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260 of the TAC and, on that basis, denies them.

261. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 of the TAC and, on that basis, denies them.

262. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 262 of the TAC and, on that basis, denies them.

263. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263 of the TAC and, on that basis, denies them.

264. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264 of the TAC and, on that basis, denies them.

265. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265 of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 221-3 Filed 08/25/24 Page 43 of 100

**x. Plaintiff Cheriena Ben**

266. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266 of the TAC and, on that basis, denies them.

267. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267 of the TAC and, on that basis, denies them.

268. Apple responds that, to the extent that any of the allegations in Paragraph 268 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 268 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 268 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

269. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269 of the TAC and, on that basis, denies them.

270. Apple responds that, to the extent that any of the allegations in Paragraph 270 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 270 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 270 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

271. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271 of the TAC and, on that basis, denies them.

272. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 of the TAC and, on that basis, denies them.

273. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273 of the TAC and, on that basis, denies them.

274. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274 of the TAC and, on that basis, denies them.

275. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 of the TAC and, on that basis, denies them.

276. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276 of the TAC and, on that basis, denies them.

**xi. Plaintiff Lyris Brady**

277. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277 of the TAC and, on that basis, denies them.

278. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278 of the TAC and, on that basis, denies them.

279. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279 of the TAC and, on that basis, denies them.

280. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 of the TAC and, on that basis, denies them.

281. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 281 of the TAC and, on that basis, denies them.

282. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282 of the TAC and, on that basis, denies them.

283. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283 of the TAC and, on that basis, denies them.

284. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 284 of the TAC and, on that basis, denies them.

285. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 285 of the TAC and, on that basis, denies them.

286. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286 of the TAC and, on that basis, denies them.

287. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287 of the TAC and, on that basis, denies them.

288. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288 of the TAC and, on that basis, denies them.

289. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 289 of the TAC and, on that basis, denies them.

290. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 290 of the TAC and, on that basis, denies them.

**xii. Plaintiff Gail Burke**

291. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291 of the TAC and, on that basis, denies them.

292. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 292 of the TAC and, on that basis, denies them.

293. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 293 of the TAC and, on that basis, denies them.

294. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 294 of the TAC and, on that basis, denies them.

295. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 295 of the TAC and, on that basis, denies them.

296. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296 of the TAC and, on that basis, denies them.

297. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 297 of the TAC and, on that basis, denies them.

298. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 298 of the TAC and, on that basis, denies them.

299. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 299 of the TAC and, on that basis, denies them.

300. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 300 of the TAC and, on that basis, denies them.

**xiii. Plaintiff Lisa Castle**

301. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301 of the TAC and, on that basis, denies them.

302. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302 of the TAC and, on that basis, denies them.

303. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303 of the TAC and, on that basis, denies them.

304. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304 of the TAC and, on that basis, denies them.

305. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305 of the TAC and, on that basis, denies them.

306. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306 of the TAC and, on that basis, denies them.

307. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307 of the TAC and, on that basis, denies them.

308. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 308 of the TAC and, on that basis, denies them.

309. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309 of the TAC and, on that basis, denies them.

310. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 310 of the TAC and, on that basis, denies them.

**xiv. Plaintiff Paola Dees**

311. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 311 of the TAC and, on that basis, denies them.

312. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 312 of the TAC and, on that basis, denies them.

313. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 313 of the TAC and, on that basis, denies them.

314. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 314 of the TAC and, on that basis, denies them.

315. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315 of the TAC and, on that basis, denies them.

316. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 316 of the TAC and, on that basis, denies them.

317. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 317 of the TAC and, on that basis, denies them.

318. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 318 of the TAC and, on that basis, denies them.

319. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319 of the TAC and, on that basis, denies them.

320. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 320 of the TAC and, on that basis, denies them.

321. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 321 of the TAC and, on that basis, denies them.

322. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 322 of the TAC and, on that basis, denies them.

323. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 323 of the TAC and, on that basis, denies them.

324. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 324 of the TAC and, on that basis, denies them.

325. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 325 of the TAC and, on that basis, denies them.

**xv. Plaintiff Carla Epps**

326. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 326 of the TAC and, on that basis, denies them.

327. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 327 of the TAC and, on that basis, denies them.

328. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 328 of the TAC and, on that basis, denies them.

329. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 329 of the TAC and, on that basis, denies them.

330. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 330 of the TAC and, on that basis, denies them.

331. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 331 of the TAC and, on that basis, denies them.

332. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332 of the TAC and, on that basis, denies them.

333. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 333 of the TAC and, on that basis, denies them.

334. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 334 of the TAC and, on that basis, denies them.

335. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335 of the TAC and, on that basis, denies them.

336. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 336 of the TAC and, on that basis, denies them.

337. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 337 of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 231-3 Filed 08/25/24 Page 50 of 100

**xvi. Plaintiff Renata Fernandes**

338. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 338 of the TAC and, on that basis, denies them.

339. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 339 of the TAC and, on that basis, denies them.

340. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 340 of the TAC and, on that basis, denies them.

341. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 341 of the TAC and, on that basis, denies them.

342. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 342 of the TAC and, on that basis, denies them.

343. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343 of the TAC and, on that basis, denies them.

344. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344 of the TAC and, on that basis, denies them.

345. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345 of the TAC and, on that basis, denies them.

346. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 346 of the TAC and, on that basis, denies them.

347. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347 of the TAC and, on that basis, denies them.

348. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348 of the TAC and, on that basis, denies them.

**xvii. Plaintiff Desiree Freeman and Frank Freeman**

349. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349 of the TAC and, on that basis, denies them.

350. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 350 of the TAC and, on that basis, denies them.

351. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351 of the TAC and, on that basis, denies them.

352. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352 of the TAC and, on that basis, denies them.

353. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 353 of the TAC and, on that basis, denies them.

354. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 354 of the TAC and, on that basis, denies them.

355. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 355 of the TAC and, on that basis, denies them.

356. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 356 of the TAC and, on that basis, denies them.

357. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 357 of the TAC and, on that basis, denies them.

358. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 358 of the TAC and, on that basis, denies them.

**xviii. Plaintiff Tonya Harris**

359. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 359 of the TAC and, on that basis, denies them.

360. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 360 of the TAC and, on that basis, denies them.

361. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361 of the TAC and, on that basis, denies them.

362. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362 of the TAC and, on that basis, denies them.

363. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363 of the TAC and, on that basis, denies them.

364. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364 of the TAC and, on that basis, denies them.

365. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365 of the TAC and, on that basis, denies them.

366. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366 of the TAC and, on that basis, denies them.

367. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 367 of the TAC and, on that basis, denies them.

368. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368 of the TAC and, on that basis, denies them.

369. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369 of the TAC and, on that basis, denies them.

370. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 370 of the TAC and, on that basis, denies them.

**xix. Plaintiff Roger Derick Hembd**

371. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371 of the TAC and, on that basis, denies them.

372. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 372 of the TAC and, on that basis, denies them.

373. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 373 of the TAC and, on that basis, denies them.

374. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 374 of the TAC and, on that basis, denies them.

375. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 375 of the TAC and, on that basis, denies them.

376. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 376 of the TAC and, on that basis, denies them.

377. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377 of the TAC and, on that basis, denies them.

378. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378 of the TAC and, on that basis, denies them.

379. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379 of the TAC and, on that basis, denies them.

380. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380 of the TAC and, on that basis, denies them.

381. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381 of the TAC and, on that basis, denies them.

**xx. Plaintiff Vincent Hopkins**

382. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382 of the TAC and, on that basis, denies them.

383. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383 of the TAC and, on that basis, denies them.

384. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 384 of the TAC and, on that basis, denies them.

385. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385 of the TAC and, on that basis, denies them.

386. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 386 of the TAC and, on that basis, denies them.

387. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 387 of the TAC and, on that basis, denies them.

388. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 388 of the TAC and, on that basis, denies them.

389. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 389 of the TAC and, on that basis, denies them.

390. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 390 of the TAC and, on that basis, denies them.

391. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 391 and, on that basis, denies them.

392. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 392 of the TAC and, on that basis, denies them.

393. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 393 of the TAC and, on that basis, denies them.

**xxi. Plaintiff Dorothy Horn**

394. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 394 of the TAC and, on that basis, denies them.

395. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 395 of the TAC and, on that basis, denies them.

396. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 396 of the TAC and, on that basis, denies them.

397. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 397 of the TAC and, on that basis, denies them.

398. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 398 of the TAC and, on that basis, denies them.

399. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 399 of the TAC and, on that basis, denies them.

400. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 400 of the TAC and, on that basis, denies them.

401. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 401 of the TAC and, on that basis, denies them.

402. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 402 of the TAC and, on that basis, denies them.

403. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 403 of the TAC and, on that basis, denies them.

404. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 404 of the TAC and, on that basis, denies them.

405. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 405 of the TAC and, on that basis, denies them.

406. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 406 of the TAC and, on that basis, denies them.

407. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 407 of the TAC and, on that basis, denies them.

408. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 408 of the TAC and, on that basis, denies them.

**xxii. Plaintiff Hollye Humphreys**

409. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 409 of the TAC and, on that basis, denies them.

410. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 410 of the TAC and, on that basis, denies them.

411. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 411 of the TAC and, on that basis, denies them.

412. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 412 of the TAC and, on that basis, denies them.

413. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 413 of the TAC and, on that basis, denies them.

414. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 414 of the TAC and, on that basis, denies them.

415. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 415 of the TAC and, on that basis, denies them.

416. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 416 of the TAC and, on that basis, denies them.

417. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 417 of the TAC and, on that basis, denies them.

**xxiii. Plaintiff Sofia Hussein**

418. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 418 of the TAC and, on that basis, denies them.

419. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 419 of the TAC and, on that basis, denies them.

420. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 420 of the TAC and, on that basis, denies them.

421. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 421 of the TAC and, on that basis, denies them.

422. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 422 of the TAC and, on that basis, denies them.

423. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 423 of the TAC and, on that basis, denies them.

424. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 424 of the TAC and, on that basis, denies them.

425. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 425 of the TAC and, on that basis, denies them.

426. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 426 of the TAC and, on that basis, denies them.

427. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 427 of the TAC and, on that basis, denies them.

428. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 428 of the TAC and, on that basis, denies them.

429. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 429 of the TAC and, on that basis, denies them.

**xxiv. Plaintiff Jessica Johnson**

430. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 430 of the TAC and, on that basis, denies them.

431. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 431 of the TAC and, on that basis, denies them.

432. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 432 of the TAC and, on that basis, denies them.

433. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 433 of the TAC and, on that basis, denies them.

434. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 434 of the TAC and, on that basis, denies them.

435. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 435 of the TAC and, on that basis, denies them.

436. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 436 of the TAC and, on that basis, denies them.

437. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 437 of the TAC and, on that basis, denies them.

438. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 438 of the TAC and, on that basis, denies them.

439. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 439 of the TAC and, on that basis, denies them.

440. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 440 of the TAC and, on that basis, denies them.

441. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 441 of the TAC and, on that basis, denies them.

**xxv. Plaintiff Jamie Kacz**

442. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 442 of the TAC and, on that basis, denies them.

443. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 443 of the TAC and, on that basis, denies them.

444. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 444 of the TAC and, on that basis, denies them.

445. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 445 of the TAC and, on that basis, denies them.

446. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 446 of the TAC and, on that basis, denies them.

447. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 447 of the TAC and, on that basis, denies them.

448. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 448 of the TAC and, on that basis, denies them.

**xxvi. Plaintiff John Kirkman**

449. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 449 of the TAC and, on that basis, denies them.

450. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 450 of the TAC and, on that basis, denies them.

451. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 451 of the TAC and, on that basis, denies them.

452. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 452 of the TAC and, on that basis, denies them.

453. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 453 of the TAC and, on that basis, denies them.

454. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 454 of the TAC and, on that basis, denies them.

455. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 455 of the TAC and, on that basis, denies them.

456. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 456 of the TAC and, on that basis, denies them.

457. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 457 of the TAC and, on that basis, denies them.

458. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 458 of the TAC and, on that basis, denies them.

**xxvii. Plaintiff Jesseca Lane**

459. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 459 of the TAC and, on that basis, denies them.

460. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 460 of the TAC and, on that basis, denies them.

461. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 461 of the TAC and, on that basis, denies them.

462. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 462 of the TAC and, on that basis, denies them.

463. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 463 of the TAC and, on that basis, denies them.

464. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 464 of the TAC and, on that basis, denies them.

465. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 465 of the TAC and, on that basis, denies them.

466. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 466 of the TAC and, on that basis, denies them.

467. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 467 of the TAC and, on that basis, denies them.

468. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 468 of the TAC and, on that basis, denies them.

469. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 469 of the TAC and, on that basis, denies them.

470. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 470 of the TAC and, on that basis, denies them.

**xxviii. Plaintiff Cody Lovins**

471. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 471 of the TAC and, on that basis, denies them.

472. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 472 of the TAC and, on that basis, denies them.

473. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 473 of the TAC and, on that basis, denies them.

474. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 474 of the TAC and, on that basis, denies them.

**xxix. Plaintiff Pamyla Laun**

475. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 475 of the TAC and, on that basis, denies them.

476. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 476 of the TAC and, on that basis, denies them.

477. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 477 of the TAC and, on that basis, denies them.

478. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 478 of the TAC and, on that basis, denies them.

479. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 479 of the TAC and, on that basis, denies them.

480. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 480 of the TAC and, on that basis, denies them.

481. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 481 of the TAC and, on that basis, denies them.

482. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 482 of the TAC and, on that basis, denies them.

483. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 483 of the TAC and, on that basis, denies them.

484. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 484 of the TAC and, on that basis, denies them.

485. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 485 of the TAC and, on that basis, denies them.

486. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 486 of the TAC and, on that basis, denies them.

487. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 487 of the TAC and, on that basis, denies them.

**xxx. Plaintiff Marissa Maginnis**

488. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 488 of the TAC and, on that basis, denies them.

489. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 489 of the TAC and, on that basis, denies them.

490. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 490 of the TAC and, on that basis, denies them.

491. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 491 of the TAC and, on that basis, denies them.

492. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 492 of the TAC and, on that basis, denies them.

493. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 493 of the TAC and, on that basis, denies them.

494. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 494 of the TAC and, on that basis, denies them.

495. Apple responds that, to the extent the allegations in Paragraph 495 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 495 of the TAC and, on that basis, denies them.

496. Apple responds that, to the extent the allegations in Paragraph 496 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 496 of the TAC and, on that basis, denies them.

497. Apple responds that, to the extent the allegations in Paragraph 497 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 497 of the TAC and, on that basis, denies them.

498. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 498 of the TAC and, on that basis, denies them.

499. Apple responds that, to the extent the allegations in Paragraph 499 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge

or information sufficient to form a belief as to truth of the allegations in Paragraph 499 of the TAC and, on that basis, denies them.

500. Apple responds that, to the extent the allegations in Paragraph 500 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 500 of the TAC and, on that basis, denies them.

501. Apple responds that, to the extent the allegations in Paragraph 501 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 501 of the TAC and, on that basis, denies them.

502. Apple responds that, to the extent the allegations in Paragraph 502 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks the knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 502 of the TAC and, on that basis, denies them.

503. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 503 of the TAC and, on that basis, denies them.

504. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 504 of the TAC and, on that basis, denies them.

**xxxi. Plaintiff Anthony Montanaro**

505. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 505 of the TAC and, on that basis, denies them.

506. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 506 of the TAC and, on that basis, denies them.

507. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 507 of the TAC and, on that basis, denies them.

508. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 508 of the TAC and, on that basis, denies them.

509. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 509 of the TAC and, on that basis, denies them.

510. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 510 of the TAC and, on that basis, denies them.

511. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 511 of the TAC and, on that basis, denies them.

**xxxii. Plaintiff Kristen Morris**

512. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 512 of the TAC and, on that basis, denies them.

513. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 513 of the TAC and, on that basis, denies them.

514. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 514 of the TAC and, on that basis, denies them.

515. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 515 of the TAC and, on that basis, denies them.

516. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 516 of the TAC and, on that basis, denies them.

517. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 517 of the TAC and, on that basis, denies them.

518. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 518 of the TAC and, on that basis, denies them.

**xxxiii. Plaintiff Erinn Murrell**

519. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 519 of the TAC and, on that basis, denies them.

520. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 520 of the TAC and, on that basis, denies them.

521. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 521 of the TAC and, on that basis, denies them.

522. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 522 of the TAC and, on that basis, denies them.

523. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 523 of the TAC and, on that basis, denies them.

524. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 524 of the TAC and, on that basis, denies them.

525. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 525 of the TAC and, on that basis, denies them.

526. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 526 of the TAC and, on that basis, denies them.

527. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 527 of the TAC and, on that basis, denies them.

528. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 528 of the TAC and, on that basis, denies them.

529. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 529 of the TAC and, on that basis, denies them.

530. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 530 of the TAC and, on that basis, denies them.

**xxxiv. Plaintiff Àine O'Neill**

531. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 531 of the TAC and, on that basis, denies them.

532. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 532 of the TAC and, on that basis, denies them.

533. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 533 of the TAC and, on that basis, denies them.

534. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 534 of the TAC and, on that basis, denies them.

535. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 535 of the TAC and, on that basis, denies them.

536. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 536 of the TAC and, on that basis, denies them.

537. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 537 of the TAC and, on that basis, denies them.

538. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 538 of the TAC and, on that basis, denies them.

539. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 539 of the TAC and, on that basis, denies them.

540. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 540 of the TAC and, on that basis, denies them.

541. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 541 of the TAC and, on that basis, denies them.

542. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 542 of the TAC and, on that basis, denies them.

543. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 543 of the TAC and, on that basis, denies them.

544. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 544 of the TAC and, on that basis, denies them.

545. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 545 of the TAC and, on that basis, denies them.

546. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 546 of the TAC and, on that basis, denies them.

547. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 547 of the TAC and, on that basis, denies them.

548. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 548 of the TAC and, on that basis, denies them.

**xxxv. Plaintiff Clara Rintoul**

549. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 549 of the TAC and, on that basis, denies them.

550. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 550 of the TAC and, on that basis, denies them.

551. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 551 of the TAC and, on that basis, denies them.

552. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 552 of the TAC and, on that basis, denies them.

553. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 553 of the TAC and, on that basis, denies them.

554. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 554 of the TAC and, on that basis, denies them.

555. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 555 of the TAC and, on that basis, denies them.

556. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 556 of the TAC and, on that basis, denies them.

557. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 557 of the TAC and, on that basis, denies them.

558. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 558 of the TAC and, on that basis, denies them.

**xxxvi. Plaintiff Natalia Witherell Sametz**

559. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 559 of the TAC and, on that basis, denies them.

560. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 560 of the TAC and, on that basis, denies them.

561. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 561 of the TAC and, on that basis, denies them.

562. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 562 of the TAC and, on that basis, denies them.

563. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 563 of the TAC and, on that basis, denies them.

564. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 564 of the TAC and, on that basis, denies them.

565. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 565 of the TAC and, on that basis, denies them.

566. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 566 of the TAC and, on that basis, denies them.

567. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 567 of the TAC and, on that basis, denies them.

568. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 568 of the TAC and, on that basis, denies them.

569. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 569 of the TAC and, on that basis, denies them.

570. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 570 of the TAC and, on that basis, denies them.

**xxxvii. Plaintiff LaPrecia Sanders**

571. Apple responds that, to the extent that any of the allegations in Paragraph 571 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 571 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 571 of the TAC, or lacks

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

572. Apple responds that, to the extent that any of the allegations in Paragraph 572 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 572 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 572 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

573. Apple responds that, to the extent that any of the allegations in Paragraph 573 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 573 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 573 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

574. Apple responds that, to the extent that any of the allegations in Paragraph 574 of the TAC reference or purport to summarize, interpret, or quote from online postings, articles, documents, or websites, those documents speak for themselves. To the extent the allegations in Paragraph 574 of the TAC do not purport to state the contents of online postings, articles, documents, or websites, Apple denies those allegations in Paragraph 574 of the TAC, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

575. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 575 of the TAC and, on that basis, denies them.

576. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 576 of the TAC and, on that basis, denies them.

577. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 577 of the TAC and, on that basis, denies them.

578. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 578 of the TAC and, on that basis, denies them.

579. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 579 of the TAC and, on that basis, denies them.

580. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 580 of the TAC and, on that basis, denies them.

**xxxviii. Plaintiff Karry Schuele**

581. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 581 of the TAC and, on that basis, denies them.

582. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 582 of the TAC and, on that basis, denies them.

583. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 583 of the TAC and, on that basis, denies them.

584. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 584 of the TAC and, on that basis, denies them.

585. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 585 of the TAC and, on that basis, denies them.

586. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 586 of the TAC and, on that basis, denies them.

587. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 587 of the TAC and, on that basis, denies them.

588. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 588 of the TAC and, on that basis, denies them.

589. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 589 of the TAC and, on that basis, denies them.

**xxxix. Plaintiff Jacqueline Ward**

590. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 590 of the TAC and, on that basis, denies them.

591. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 591 of the TAC and, on that basis, denies them.

592. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 592 of the TAC and, on that basis, denies them.

593. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 593 of the TAC and, on that basis, denies them.

594. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 594 of the TAC and, on that basis, denies them.

595. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 595 of the TAC and, on that basis, denies them.

596. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 596 of the TAC and, on that basis, denies them.

597. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 597 of the TAC and, on that basis, denies them.

598. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 598 of the TAC and, on that basis, denies them.

599. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 599 of the TAC and, on that basis, denies them.

600. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 600 of the TAC and, on that basis, denies them.

**xl. Plaintiff Chelsea Williams**

601. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 601 of the TAC and, on that basis, denies them.

602. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 602 of the TAC and, on that basis, denies them.

603. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 603 of the TAC and, on that basis, denies them.

604. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 604 of the TAC and, on that basis, denies them.

605. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 605 of the TAC and, on that basis, denies them.

606. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 606 of the TAC and, on that basis, denies them.

607. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 607 of the TAC and, on that basis, denies them.

608. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 608 of the TAC and, on that basis, denies them.

609. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 609 of the TAC and, on that basis, denies them.

610. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 610 of the TAC and, on that basis, denies them.

611. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 611 of the TAC and, on that basis, denies them.

612. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 612 of the TAC and, on that basis, denies them.

613. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 613 of the TAC and, on that basis, denies them.

614. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 614 of the TAC and, on that basis, denies them.

615. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 615 of the TAC and, on that basis, denies them.

## CLASS ALLEGATIONS

616. Apple admits that Plaintiffs purport to bring a class action against Apple. Apple denies that class treatment is appropriate. Apple responds that, to the extent allegations in Paragraph 616 of the TAC state conclusions of law, no response is required. With respect to the remaining allegations, Apple denies the allegations or is without knowledge or information sufficient to form a basis as to the truth of the allegations and, on that basis, denies those allegations.

617. Apple admits that Plaintiffs purport to bring a class action against Apple. Apple denies that class treatment is appropriate. Apple responds that, to the extent allegations in Paragraph 617 of the TAC state conclusions of law, no response is required. With respect to the remaining allegations, Apple denies the allegations or is without knowledge or information sufficient to form a basis as to the truth of the allegations and, on that basis, denies those allegations.

618. Apple responds that, to the extent allegations in Paragraph 618 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 618 of the TAC.

619. Apple responds that, to the extent allegations in Paragraph 619 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619 of the TAC.

a. Apple responds that, to the extent allegations in Paragraph 619(a) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(a) of the TAC.

b. Apple responds that, to the extent allegations in Paragraph 619(b) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(b) of the TAC.

c. Apple responds that, to the extent allegations in Paragraph 619(c) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(c) of the TAC.

Case 3:22-cv-07668-VC Document 212 Filed 03/25/24 Page 78 of 101

d. Apple responds that, to the extent allegations in Paragraph 619(d) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(d) of the TAC.

e. Apple responds that, to the extent allegations in Paragraph 619(e) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(e) of the TAC.

f. Apple responds that, to the extent allegations in Paragraph 619(f) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(f) of the TAC.

g. Apple responds that, to the extent allegations in Paragraph 619(g) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 619(g) of the TAC.

## CAUSES OF ACTION
## COUNT I
## (Negligence)
## (On Behalf of the iOS Stalked Class and Non-iOS Stalked Class)

620. Apple hereby realleges and incorporates by reference each and every preceding paragraph of this Answer as if set forth herein.

621. Apple responds that, to the extent allegations in Paragraph 621 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 621 of the TAC.

622. Apple responds that, to the extent allegations in Paragraph 622 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 622 of the TAC.

623. Apple responds that, to the extent allegations in Paragraph 623 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 623 of the TAC.

624. Apple responds that, to the extent allegations in Paragraph 624 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 624 of the TAC.

625. Apple responds that, to the extent allegations in Paragraph 625 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 625 of the TAC.

a. Apple responds that, to the extent allegations in Paragraph 625(a) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(a) of the TAC and, on that basis, denies them.

b. Apple responds that, to the extent allegations in Paragraph 625(b) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(b) of the TAC and, on that basis, denies them.

c. Apple responds that, to the extent allegations in Paragraph 625(c) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(c) of the TAC and, on that basis, denies them.

d. Apple responds that, to the extent allegations in Paragraph 625(d) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(d) of the TAC and, on that basis, denies them.

e. Apple responds that, to the extent allegations in Paragraph 625(e) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(e) of the TAC and, on that basis, denies them.

f. Apple responds that, to the extent allegations in Paragraph 625(f) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(f) of the TAC and, on that basis, denies them.

g. Apple responds that, to the extent allegations in Paragraph 625(g) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(g) of the TAC and, on that basis, denies them.

h. Apple responds that, to the extent allegations in Paragraph 625(h) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(h) of the TAC and, on that basis, denies them.

i. Apple responds that, to the extent allegations in Paragraph 625(i) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(i) of the TAC and, on that basis, denies them.

j. Apple responds that, to the extent allegations in Paragraph 625(j) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(j) of the TAC and, on that basis, denies them.

k. Apple responds that, to the extent allegations in Paragraph 625(k) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(k) of the TAC and, on that basis, denies them.

l. Apple responds that, to the extent allegations in Paragraph 625(l) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(l) of the TAC and, on that basis, denies them.

m. Apple responds that, to the extent allegations in Paragraph 625(m) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(m) of the TAC and, on that basis, denies them.

n. Apple responds that, to the extent allegations in Paragraph 625(n) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(n) of the TAC and, on that basis, denies them.

o. Apple responds that, to the extent allegations in Paragraph 625(o) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(o) of the TAC and, on that basis, denies them.

p. Apple responds that, to the extent allegations in Paragraph 625(p) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(p) of the TAC and, on that basis, denies them.

q. Apple responds that, to the extent allegations in Paragraph 625(q) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(q) of the TAC and, on that basis, denies them.

r. Apple responds that, to the extent allegations in Paragraph 625(r) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(r) of the TAC and, on that basis, denies them.

s. Apple responds that, to the extent allegations in Paragraph 625(s) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(s) of the TAC and, on that basis, denies them.

t. Apple responds that, to the extent allegations in Paragraph 625(t) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(t) of the TAC and, on that basis, denies them.

u. Apple responds that, to the extent allegations in Paragraph 625(u) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(u) of the TAC and, on that basis, denies them.

v. Apple responds that, to the extent allegations in Paragraph 625(v) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(v) of the TAC and, on that basis, denies them.

w. Apple responds that, to the extent allegations in Paragraph 625(w) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(w) of the TAC and, on that basis, denies them.

x. Apple responds that, to the extent allegations in Paragraph 625(x) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(x) of the TAC and, on that basis, denies them.

y. Apple responds that, to the extent allegations in Paragraph 625(y) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(y) of the TAC and, on that basis, denies them.

z. Apple responds that, to the extent allegations in Paragraph 625(z) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(z) of the TAC and, on that basis, denies them.

aa. Apple responds that, to the extent allegations in Paragraph 625(aa) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(aa) of the TAC and, on that basis, denies them.

bb. Apple responds that, to the extent allegations in Paragraph 625(bb) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(bb) of the TAC and, on that basis, denies them.

cc. Apple responds that, to the extent allegations in Paragraph 625(cc) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(cc) of the TAC and, on that basis, denies them.

dd. Apple responds that, to the extent allegations in Paragraph 625(dd) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(dd) of the TAC and, on that basis, denies them.

ee. Apple responds that, to the extent allegations in Paragraph 625(ee) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(ee) of the TAC and, on that basis, denies them.

ff. Apple responds that, to the extent allegations in Paragraph 625(ff) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(ff) of the TAC and, on that basis, denies them.

gg. Apple responds that, to the extent allegations in Paragraph 625(gg) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(gg) of the TAC and, on that basis, denies them.

hh. Apple responds that, to the extent allegations in Paragraph 625(hh) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(hh) of the TAC and, on that basis, denies them.

ii. Apple responds that, to the extent allegations in Paragraph 625(ii) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(ii) of the TAC and, on that basis, denies them.

jj. Apple responds that, to the extent allegations in Paragraph 625(jj) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(jj) of the TAC and, on that basis, denies them.

kk. Apple responds that, to the extent allegations in Paragraph 625(kk) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(kk) of the TAC and, on that basis, denies them.

ll. Apple responds that, to the extent allegations in Paragraph 625(ll) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(ll) of the TAC and, on that basis, denies them.

mm. Apple responds that, to the extent allegations in Paragraph 625(mm) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(mm) of the TAC and, on that basis, denies them.

nn. Apple responds that, to the extent allegations in Paragraph 625(nn) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 625(nn) of the TAC and, on that basis, denies them.

626. Apple admits that Plaintiffs seek injunctive relief on behalf of themselves and the purported class members. Apple denies that Plaintiffs are entitled to injunctive relief or that class treatment is appropriate.

627. Apple admits that Plaintiffs seek, on an individual basis, damages and punitive damages. Apple denies that Plaintiffs are entitled to either damages or punitive damages. Apple responds that, to the extent allegations in Paragraph 627 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 627 of the TAC.

Case 3:22-cv-07668-VC Document 123 Filed 08/25/24 Page 87 of 100

**COUNT II**
**(Strict Liability – Desing Defect – Risk-Benefit Test)**
**(On Behalf of the iOS Stalked Class and Non-iOS Stalked Class)**

628. Apple hereby realleges and incorporates by reference each and every preceding paragraph of this Answer as if set forth herein.

629. Apple admits that it designs, manufactures and markets smartphones, personal computers, tablets, wearables and accessories, including AirTag. Except as otherwise stated, Apple denies the allegations in Paragraph 629 of the TAC.

630. Apple responds that, to the extent allegations in Paragraph 630 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 630 of the TAC.

631. Apple responds that, to the extent allegations in Paragraph 631 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 631 of the TAC.

632. Apple responds that, to the extent allegations in Paragraph 632 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 632 of the TAC.

633. Apple responds that, to the extent allegations in Paragraph 633 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 633 of the TAC.

634. Apple admits that Plaintiffs seek injunctive relief on behalf of themselves and the purported class members. Apple denies that Plaintiffs are entitled to injunctive relief or that class treatment is appropriate.

635. Apple admits that Plaintiffs seek, on an individual basis, damages and punitive damages. Apple denies that Plaintiffs are entitled to either damages or punitive damages. Apple

responds that, to the extent allegations in Paragraph 635 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 635 of the TAC.

**COUNT III**
**(California Bus. and Prof. Code § 17200, *et. seq*. – Unlawful Prong)**
**(On Behalf of the Class)**

636. Apple hereby realleges and incorporates by reference each and every preceding paragraph of this Answer as if set forth herein.

637. Apple responds that, to the extent allegations in Paragraph 637 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 637 of the TAC.

638. Apple responds that, to the extent allegations in Paragraph 638 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 638 of the TAC.

a. Apple responds that, to the extent allegations in Paragraph 638(a) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(a) of the TAC and, on that basis, denies them.

b. Apple responds that, to the extent allegations in Paragraph 638(b) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(b) of the TAC and, on that basis, denies them.

c. Apple responds that, to the extent allegations in Paragraph 638(c) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(c) of the TAC and, on that basis, denies them.

d. Apple responds that, to the extent allegations in Paragraph 638(d) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(d) of the TAC and, on that basis, denies them.

e. Apple responds that, to the extent allegations in Paragraph 638(e) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(e) of the TAC and, on that basis, denies them.

f. Apple responds that, to the extent allegations in Paragraph 638(f) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(f) of the TAC and, on that basis, denies them.

g. Apple responds that, to the extent allegations in Paragraph 638(g) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(g) of the TAC and, on that basis, denies them.

h. Apple responds that, to the extent allegations in Paragraph 638(h) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(h) of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 231-3 Filed 08/25/24 Page 90 of 100

i. Apple responds that, to the extent allegations in Paragraph 638(i) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(i) of the TAC and, on that basis, denies them.

j. Apple responds that, to the extent allegations in Paragraph 638(j) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(j) of the TAC and, on that basis, denies them.

k. Apple responds that, to the extent allegations in Paragraph 638(k) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(k) of the TAC and, on that basis, denies them.

l. Apple responds that, to the extent allegations in Paragraph 638(l) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(l) of the TAC and, on that basis, denies them.

m. Apple responds that, to the extent allegations in Paragraph 638(m) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(m) of the TAC and, on that basis, denies them.

n. Apple responds that, to the extent allegations in Paragraph 638(n) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(n) of the TAC and, on that basis, denies them.

o. Apple responds that, to the extent allegations in Paragraph 638(o) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(o) of the TAC and, on that basis, denies them.

p. Apple responds that, to the extent allegations in Paragraph 638(p) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(p) of the TAC and, on that basis, denies them.

q. Apple responds that, to the extent allegations in Paragraph 638(q) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(q) of the TAC and, on that basis, denies them.

r. Apple responds that, to the extent allegations in Paragraph 638(r) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(r) of the TAC and, on that basis, denies them.

s. Apple responds that, to the extent allegations in Paragraph 638(s) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(s) of the TAC and, on that basis, denies them.

t. Apple responds that, to the extent allegations in Paragraph 638(t) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(t) of the TAC and, on that basis, denies them.

u. Apple responds that, to the extent allegations in Paragraph 638(u) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(u) of the TAC and, on that basis, denies them.

v. Apple responds that, to the extent allegations in Paragraph 638(v) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(v) of the TAC and, on that basis, denies them.

w. Apple responds that, to the extent allegations in Paragraph 638(w) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(w) of the TAC and, on that basis, denies them.

x. Apple responds that, to the extent allegations in Paragraph 638(x) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(x) of the TAC and, on that basis, denies them.

y. Apple responds that, to the extent allegations in Paragraph 638(y) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

Case 3:22-cv-07668-VC Document 231 Filed 08/25/24 Page 93 of 100

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(y) of the TAC and, on that basis, denies them.

z. Apple responds that, to the extent allegations in Paragraph 638(z) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(z) of the TAC and, on that basis, denies them.

aa. Apple responds that, to the extent allegations in Paragraph 638(aa) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(aa) of the TAC and, on that basis, denies them.

bb. Apple responds that, to the extent allegations in Paragraph 638(bb) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(bb) of the TAC and, on that basis, denies them.

cc. Apple responds that, to the extent allegations in Paragraph 638(cc) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(cc) of the TAC and, on that basis, denies them.

dd. Apple responds that, to the extent allegations in Paragraph 638(dd) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(dd) of the TAC and, on that basis, denies them.

Case 3:22-cv-07668-VC Document 231-3 Filed 03/25/24 Page 94 of 100

ee. Apple responds that, to the extent allegations in Paragraph 638(ee) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(ee) of the TAC and, on that basis, denies them.

ff. Apple responds that, to the extent allegations in Paragraph 638(ff) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(ff) of the TAC and, on that basis, denies them.

gg. Apple responds that, to the extent allegations in Paragraph 638(gg) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(gg) of the TAC and, on that basis, denies them.

hh. Apple responds that, to the extent allegations in Paragraph 638(hh) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(hh) of the TAC and, on that basis, denies them.

ii. Apple responds that, to the extent allegations in Paragraph 638(ii) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(ii) of the TAC and, on that basis, denies them.

jj. Apple responds that, to the extent allegations in Paragraph 638(jj) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(jj) of the TAC and, on that basis, denies them.

kk. Apple responds that, to the extent allegations in Paragraph 638(kk) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(kk) of the TAC and, on that basis, denies them.

ll. Apple responds that, to the extent allegations in Paragraph 638(ll) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(ll) of the TAC and, on that basis, denies them.

mm. Apple responds that, to the extent allegations in Paragraph 638(mm) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(mm) of the TAC and, on that basis, denies them.

nn. Apple responds that, to the extent allegations in Paragraph 638(nn) of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 638(nn) of the TAC and, on that basis, denies them.

639. Apple admits that Plaintiffs purport to seek relief as stated. Apple denies that such relief is appropriate. Apple responds that, to the extent allegations in Paragraph 639 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 639 of the TAC.

**COUNT IV**
**(California Bus. and Prof. Code § 17200, *et. seq*. – Unfair Prong)**
**(On Behalf of the iOS Stalked Class)**

640. Apple hereby realleges and incorporates by reference each and every preceding paragraph of this Answer as if set forth herein.

641. Apple responds that, to the extent allegations in Paragraph 641 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 641 of the TAC.

642. Apple responds that, to the extent allegations in Paragraph 642 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 642 of the TAC.

643. Apple responds that, to the extent allegations in Paragraph 643 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 643 of the TAC.

644. Apple responds that, to the extent allegations in Paragraph 644 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 644 of the TAC.

645. Apple responds that, to the extent allegations in Paragraph 645 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 645 of the TAC.

646. Apple responds that, to the extent allegations in Paragraph 646 of the TAC state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 646 of the TAC.

647. Apple admits that Plaintiffs purport to seek relief as stated. Apple denies that such relief is appropriate. Apple responds that, to the extent allegations in Paragraph 647 of the TAC

state conclusions of law, no response is required. Except as otherwise stated, Apple denies the allegations in Paragraph 647 of the TAC.

## DEFENSES

As to defenses to the TAC, Apple does not, by stating the matters set forth in these defenses, allege or admit that it has the burden of proof or persuasion with respect to any of these matters, and does not assume the burden of proof or persuasion on any matters as to which Plaintiffs have the burden of proof or persuasion. The following defenses are based on Apple's knowledge, information, and belief at this time, and Apple specifically reserves the right to modify, amend, or supplement any defense contained in this Answer. Apple reserves the right to assert other defenses as information is gathered through discovery and investigation.

### FIRST DEFENSE
### (Failure to State a Claim)

The TAC, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Apple.

### SECOND DEFENSE
### (Lack of Standing)

The claims of the purported classes are barred, in whole or in part, because they lack standing to assert any or all of the causes of action alleged in the TAC, including pursuant to standing requirements under specific state statutes.

### THIRD DEFENSE
### (Misuse)

Plaintiffs' claims, and those of the purported classes, are barred, in whole or in part, to the extent that Plaintiffs' injuries are due to misuse of the product at issue by, among other things, failing to comply with instructions and guidelines for proper use.

**FOURTH DEFENSE**
**(Lack of Causation)**

Plaintiffs' claims, and those of the purported classes, are barred to the extent any injury or damage they suffered was not caused by Apple and was caused by the intentional and illegal activity of third-party actors.

**FIFTH DEFENSE**
**(Good Faith/Legitimate Business Justification)**

Plaintiffs' claims, and those of the purported classes, are barred on the grounds that Apple acted, at all times, in good faith and did not directly or indirectly perform any act whatsoever that would constitute a violation of any right of Plaintiffs or the purported classes or any duty owed to Plaintiffs or the purported classes, and Apple acted pursuant to legitimate business justifications.

**SIXTH DEFENSE**
**(Superseding or Intervening Cause)**

Plaintiffs' claims, and those of the purported classes, are barred, in whole or in part, to the extent there are superseding and/or intervening causes for the damages alleged by Plaintiffs and the putative class members.

**SEVENTH DEFENSE**
**(Mitigation)**

Plaintiffs' claims for recovery, and the claims of the purported class members' recovery, if any, should be reduced to the extent they failed to mitigate their damages.

**EIGHTH DEFENSE**
**(Waiver / Release)**

Plaintiffs' claims, and those of the purported classes, are barred, in whole or in part, by the doctrines of waiver and/or release.

**NINTH DEFENSE**
**(Economic Loss)**

Plaintiffs' claims, and those of the purported classes, are barred by the economic loss doctrine.

**TENTH DEFENSE**
**(Adequate Remedy)**

Plaintiffs and the purported classes have an adequate remedy at law for the claimed damages and cannot seek equitable relief.

**ELEVENTH DEFENSE**
**(Statute of Limitations)**

Plaintiffs' claims, and those of the purported classes, are time-barred under the applicable statute of limitations.

**TWELFTH DEFENSE**
**(Additional Defenses)**

Apple reserves the right to assert any and all other defenses pending the outcome of further investigation and discovery in this action.

**DEMAND FOR JURY TRIAL**

Apple hereby demands a trial by jury on all issues upon which trial by jury may be had.

**PRAYER FOR RELIEF**

WHEREFORE, Apple prays for the following relief:

1. That judgment on the TAC, and on each cause of action therein, be entered in favor for Apple;

2. That this Court finds that this suit cannot be maintained in a class action;

3. That this Court denies Plaintiffs and the members of the purported classes relief of any kind;

Case 3:22-cv-07668-VC Document 223-2 Filed 12/09/24 Page 100 of 100

4. That the request for injunctive relief be denied;

5. That Apple be awarded its costs incurred, including reasonable attorneys' fees; and

6. For such other relief as this Court may deem just and proper.

Dated: December 9, 2024

TIFFANY CHEUNG
CLAUDIA M. VETESI
MELODY E. WONG
JOCELYN E. GREER
MORRISON & FOERSTER LLP

By: /s/ *Tiffany Cheung*____
TIFFANY CHEUNG

Attorneys for Defendant
APPLE INC.