# <u>EXHIBIT F</u>

# Joint Stipulation for Extension of Time to Respond filed on August 19, 2026 in *Jane Doe S.B.1 v. Apple Inc.*, No. 2:26-cv-05421-SPL (D. Ariz.)

Lee Floyd (admitted *pro hac vice*)
Abigael R. McGuire (#040515)
**THE MEADOW LAW FIRM LLC**
2375 E Camelback Rd., Suite 380
Phoenix, Arizona 85016
Phone: (480) 790-9206
Fax: (480) 930-4482
azcourts@meadowlawfirm.com

*Attorneys for Plaintiff Jane Doe S.B.*

DAVID R. SINGH (admitted *pro hac vice*)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

*Attorney for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JANE DOE S.B.1, an individual<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:26-cv-05421-SPL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jane Doe S.B. 1 and Defendant Apple Inc. ("Apple"), hereby stipulate and agree to an extension of time for Apple to answer or otherwise respond to Plaintiff's Complaint filed in this action on August 3, 2026. Apple's current deadline to answer or otherwise respond to Plaintiff's Complaint is August 28, 2026.

There is good cause to approve the stipulation. Counsel for Plaintiff and Apple are engaged in a substantial number of actions that all entail claims involving AirTags, which are pending in numerous federal jurisdictions and in California state court. These actions present certain overlapping discovery and motion obligations that the parties have agreed to sequence for the sake of efficiency and conservation of resources. Additionally, on August 4, 2026,

Plaintiff's counsel filed a motion before the Judicial Panel on Multidistrict Litigation seeking an order under 28 U.S.C. § 1407 centralizing all pending AirTag-related litigation for coordinated pretrial proceedings (MDL No. 1:26-P-40). The Panel has scheduled the motion for hearing on September 24, 2026.

In light of the parties' agreements and the pending JPML proceedings, the parties have conferred in good faith and assented to the extended briefing schedule set forth below, which the parties believe will conserve party and judicial resources and permit an orderly presentation of the issues.

Subject to the Court's approval, the parties' proposed and agreed briefing schedule is as follows:

| **Event** | **Date** |
|---|---|
| Deadline for Apple to file a motion to dismiss or otherwise respond to the Complaint | December 22, 2026 |
| Deadline for Plaintiff to file an amended complaint or an opposition to Apple's motion | February 1, 2027 |
| Deadline for Apple to file a reply in support of its motion | February 22, 2027 |

A proposed order is submitted herewith.

Dated: August 19, 2026

WEIL, GOTSHAL & MANGES LLP

By: */s/ David R. Singh*

DAVID R. SINGH (admitted *pro hac vice*)
CA Bar No. 300840
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
david.singh@weil.com

*Attorney for Apple Inc.*

Dated: August 19, 2026

THE MEADOW LAW FIRM LLC

*/s/ Abigael R. McGuire*

Abigael R. McGuire (#040515)
Lee Floyd (admitted *pro hac vice*)
2375 E. Camelback Rd., Suite 380
Phoenix, Arizona 85016
(480) 790-9206

*Attorneys for Plaintiff Jane Doe S.B.1*

**CERTIFICATION OF SERVICE**

I hereby certify that on August 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

By: */s/ David R. Singh*
David R. Singh