# **EXHIBIT G**

# **Severed Actions from *Hughes v. Apple Inc*., No. 3:22-cv-7668-VC (N.D. Cal.) that have settled in principle as of August 25, 2026**

**Severed Actions from *Hughes v. Apple Inc.*, No. 3:22-cv-7668-VC (N.D. Cal.) that have settled in principle as of August 25, 2026**

| **Case Name:** | **Case No.** | **Jurisdiction** |
|---|---|---|
| Jane Doe v. Apple Inc. | 2:26-cv-05261-PHX-DJH | District of Arizona |
| Lyris Brady v. Apple Inc. | 1:26-cv-03073-KAS | District of Colorado |
| Jessica Johnson v. Apple Inc. | 1:26-cv-03927-VMC | Northern District of Georgia |
| Renata Fernandes v. Apple Inc. | 1:26-cv-13180-ADB-DLC | District of Massachusetts |
| Chelsea Williams v. Apple Inc. | 8:26-cv-02723-LKG | District of Maryland |
| Dorothy Miller v. Apple Inc. | 3:26-cv-00556-MOC-WCM | Western District of North Carolina |
| Tonya Harris v. Apple Inc. | 1:26-cv-00680-DRC | Southern District of Ohio |
| Jane Doe v. Apple Inc. | 1:26-cv-02114-MSN-WBP | Eastern District of Virigina |
| Jacqueline Ward v. Apple Inc. | 4:26-cv-05453-GCH | Southern District of Texas |
| Anthony Montanaro v. Apple Inc. | 3:26-cv-03944-VC | Northern District of California |
| Erinn Murrell v. Apple Inc. | 3:26-cv-03970-VC | Northern District of California |
| LaPrecia Sanders v. Apple Inc. | 3:26-cv-03975-VC | Northern District of California |
| Natalia Witherell v. Apple Inc. | 3:26-cv-03945-VC | Northern District of California |
| Rachel Murray v. Apple Inc. | 3:26-cv-03977-VC | Northern District of California |
| Rita Araujo v. Apple Inc. | 3:26-cv-03927-VC | Northern District of California |
| Carla Epps v. Apple Inc. | CGC-26-636575 | San Francisco Superior Court |
| Holley Humphreys v. Apple Inc. | CGC-26-636576 | San Francisco Superior Court |
| Marissa Maginnis v. Apple Inc. | CGC-26-636578 | San Francisco Superior Court |
| Roger Derick Hembd v. Apple Inc. | CGC-26-636580 | San Francisco Superior Court |