# <u>EXHIBIT H</u>

# United States Judicial Panel on Multidistrict Litigation's MDL Statistics Report - Distribution of Pending MDL Dockets

**United States Judicial Panel on Multidistrict Litigation** **Report Date: 8/3/2026**

# MDL Statistics Report - Distribution of Pending MDL Dockets by District

**MDL Filters:**
**Status:** Transferred
Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Anna M. Manasco (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 22 | 110 |
| ARE | Kristine G. Baker (Chief Judge, USDC) | MDL -3172 | IN RE: Cartiva Synthetic Cartilage Implant Products Liability Litigation | 21 | 21 |
| AZ | David G. Campbell (Sr. District Judge) | MDL -3081 | IN RE: Bard Implanted Port Catheter Products Liability Litigation | 3,734 | 3,980 |
| CAC | James V. Selna (Sr. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 5 | 466 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 136 | 1,313 |
| | John A. Kronstadt (Sr. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 28 | 28 |
| | James V. Selna (Sr. District Judge) | MDL -3052 | IN RE: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | 100 | 117 |
| | George H. Wu (Sr. District Judge) | MDL -3144 | IN RE: TikTok, Inc., Minor Privacy Litigation | 12 | 22 |
| | Josephine L. Staton (U.S. District Judge) | MDL -3181 | IN RE: Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation | 26 | 26 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 54 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 130 | 1,889 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 3,932 | 5,322 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 33 | 50 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 11 | 7,071 |
| | Maxine M. Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 30 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 16 | 23 |
| | Edward J. Davila (Sr. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 4 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 235 | 262 |
| | Edward J. Davila (Sr. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 12 | 13 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -3047 | IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | 3,137 | 3,312 |
| | Charles R. Breyer (Sr. District Judge) | MDL -3084 | IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 4,397 | 4,693 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -3087 | IN RE: Future Motion, Inc. Products Liability Litigation | 160 | 163 |
| | Edward M. Chen (Sr. District Judge) | MDL -3098 | IN RE: 23andMe, Inc., Customer Data Security Breach Litigation | 41 | 41 |
| | Jacqueline Scott Corley (U.S. District Judge) | MDL -3101 | IN RE: Baby Food Products Liability Litigation | 478 | 494 |
| | Vince Chhabria (U.S. District Judge) | MDL -3161 | IN RE: CCell Closed Cannabis Oil Vaporization Systems and Components Products Antitrust Litigation | 5 | 5 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -3166 | IN RE: Roblox Corporation Child Sexual Exploitation and Assault Litigation | 177 | 182 |
| | Rita F. Lin (U.S. District Judge) | MDL -3171 | IN RE: Lyft, Inc. Passenger Sexual Assault Litigation | 72 | 78 |
| CAS | Dana M. Sabraw (U.S. District Judge) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 5 | 84 |
| | Gonzalo P. Curiel (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 33 | 45 |
| | Jinsook Ohta (U.S. District Judge) | MDL -3125 | IN RE: AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation | 407 | 435 |
| | Anthony J. Battaglia (Sr. District Judge) | MDL -3149 | IN RE: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | 79 | 89 |
| CO | Philip A. Brimmer (Chief Judge, USDC) | MDL -3160 | IN RE: Archery Products Antitrust Litigation | 24 | 25 |
| DC | Emmet G. Sullivan (Sr. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 1 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | John D. Bates (U.S. District Judge) | MDL -3162 | IN RE: Class Action Settlement Administration Litigation | 12 | 12 |
| DE | Joshua D. Wolson (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 26 | 26 |
| | Richard G. Andrews (Sr. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 1 | 28 |
| FLM | Roy B. Dalton, Jr (Sr. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 36 | 39 |
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 2 | 391,225 |

| | | | | | |
|---|---|---|---|---|---|
| | M. Casey Rodgers (U.S. District Judge) | MDL -3140 | IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | 6,294 | 6,394 |
| FLS | Roy K. Altman (U.S. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 5 | 31 |
| | Federico A. Moreno (Sr. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 78 | 350 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841 | IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (U.S. District Judge) | MDL -2924 | IN RE: Zantac (Ranitidine) Products Liability Litigation | 847 | 15,018 |
| | Raag Singhal (U.S. District Judge) | MDL -3015 | IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 0 | 16 |
| | K. Michael Moore (U.S. District Judge) | MDL -3076 | IN RE: FTX Cryptocurrency Exchange Collapse Litigation | 35 | 37 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 | IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 0 | 4,054 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974 | IN RE: Paragard IUD Products Liability Litigation | 4,156 | 4,460 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3051 | IN RE: ARC Airbag Inflators Products Liability Litigation | 24 | 24 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3115 | IN RE: Consumer Vehicle Driving Data Tracking Litigation | 21 | 35 |
| IAS | Stephen H. Locher (U.S. District Judge) | MDL -3132 | IN RE: Midwest Energy Emissions Corp. Patent Litigation | 0 | 7 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 558 | 601 |
| | Virginia M. Kendall (Chief Judge, USDC) | MDL -2867 | IN RE: Local TV Advertising Antitrust Litigation | 15 | 23 |
| | Sunil R. Harjani (U.S. District Judge) | MDL -2931 | IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Sharon Johnson Coleman (U.S. District Judge) | MDL -2967 | IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 0 | 14 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -3026 | IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 825 | 1,035 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030 | IN RE: Deere & Company Repair Services Antitrust Litigation | 14 | 16 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3037 | IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 14 | 141 |
| | Mary M. Rowland (U.S. District Judge) | MDL -3060 | IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation | 11,779 | 16,199 |
| | Thomas M. Durkin (U.S. District Judge) | MDL -3079 | IN RE: Tepezza Marketing, Sales Practices, and Products Liability Litigation | 277 | 287 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3121 | IN RE: MultiPlan Health Insurance Provider Litigation | 150 | 162 |
| | Sara L. Ellis (U.S. District Judge) | MDL -3152 | IN RE: Construction Equipment Rental Antitrust Litigation | 22 | 27 |
| | Robert W. Gettleman (Sr. District Judge) | MDL -3170 | IN RE: Trans Union, LLC, Customer Data Security Breach Litigation | 63 | 67 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 | IN RE: Paraquat Products Liability Litigation | 6,665 | 8,487 |
| INS | Richard L. Young (Sr. District Judge) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 6,537 | 11,474 |
| KS | Eric F. Melgren (Sr. District Judge) | MDL -3187 | IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | 36 | 36 |
| LAE | Carl J. Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 1 | 6,158 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 | IN RE: Taxotere (Docetaxel) Products Liability Litigation | 136 | 15,572 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 | IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 141 | 433 |
| MA | Nathaniel M. Gorton (Sr. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 3 | 15 |
| | Indira Talwani (U.S. District Judge) | MDL -2768 | IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 47 | 1,239 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -2938 | IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| | Patti B. Saris (Sr. District Judge) | MDL -3029 | IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 2,449 | 2,455 |
| | Allison D. Burroughs (U.S. District Judge) | MDL -3083 | IN RE: MOVEit Customer Data Security Breach Litigation | 236 | 352 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -3154 | IN RE: Respimat Pharmaceuticals Antitrust Litigation | 2 | 2 |
| MD | James K. Bredar (Sr. District Judge) | MDL -2775 | IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 0 | 1,089 |
| | John P. Bailey (U.S. District Judge) | MDL -2879 | IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| MIE | F. Kay Behm (U.S. District Judge) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 16 | 382 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818 | IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (U.S. District Judge) | MDL -3034 | IN RE: Neo Wireless, LLC, Patent Litigation | 7 | 9 |
| | David M. Lawson (Sr. District Judge) | MDL -3040 | IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 11 | 13 |
| | Mark A. Goldsmith (U.S. District Judge) | MDL -3159 | IN RE: Keffer Development Services, LLC, Data Security Breach Litigation | 13 | 13 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 6 | 3,638 |
| | Joan N. Ericksen (Sr. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 8,407 | 10,716 |
| | John R. Tunheim (Sr. District Judge) | MDL -2998 | IN RE: Pork Antitrust Litigation | 51 | 54 |
| | John R. Tunheim (Sr. District Judge) | MDL -3031 | IN RE: Cattle and Beef Antitrust Litigation | 35 | 36 |
| | Donovan W. Frank (Sr. District Judge) | MDL -3108 | IN RE: Change Healthcare, Inc., Customer Data Security Breach Litigation | 147 | 162 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3110 | IN RE: Granulated Sugar Antitrust Litigation | 53 | 58 |
| | Katherine Marie Menendez (U.S. District Judge) | MDL -3128 | IN RE: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation | 42 | 50 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3155 | IN RE: Air Crash at Toronto Pearson International Airport on February 17, 2025 | 31 | 31 |

| | | | | | |
|---|---|---|---|---|---|
| MOE | John Andrew Ross (Sr. District Judge) | MDL -3185 | IN RE: Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC, Data Security Breach Litigation | 28 | 28 |
| MOW | Beth Phillips (Chief Judge, USDC) | MDL -2984 | IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 5 | 13 |
| | Brian C. Wimes (U.S. District Judge) | MDL -3073 | IN RE: T-Mobile 2022 Customer Data Security Breach Litigation | 18 | 18 |
| MT | Brian Morris (Chief Judge, USDC) | MDL -3126 | IN RE: Snowflake, Inc., Data Security Breach Litigation | 71 | 104 |
| NCM | Thomas D. Schroeder (Chief Judge, USDC) | MDL -3062 | IN RE: Crop Protection Products Loyalty Program Antitrust Litigation | 26 | 44 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -3036 | IN RE: Gardasil Products Liability Litigation | 7 | 258 |
| NH | Landya B. McCafferty (Chief Judge, USDC) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 139 | 3,592 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 2 | 52 |
| | Karen M. Williams (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 549 | 1,294 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 68,914 | 71,601 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 11,321 | 18,706 |
| | Renee M. Bumb (Chief Judge, USDC) | MDL -2875 | IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,417 | 1,632 |
| | Jamel K. Semper (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 42 | 56 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921 | IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,377 | 1,583 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973 | IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 286 | 1,988 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -3080 | IN RE: Insulin Pricing Litigation | 514 | 616 |
| | Julien Xavier Neals (U.S. District Judge) | MDL -3113 | IN RE: Apple Inc. Smartphone Antitrust Litigation | 29 | 45 |
| | Zahid N. Quraishi (U.S. District Judge) | MDL -3134 | IN RE: AVYCAZ (Ceftazidime and Avibactam) Patent Litigation | 2 | 2 |
| | Christine P. O'Hearn (U.S. District Judge) | MDL -3138 | IN RE: Denosumab Patent Litigation | 8 | 12 |
| | Zahid N. Quraishi (U.S. District Judge) | MDL -3180 | IN RE: Dupixent (Dupilumab) Products Liability Litigation | 28 | 29 |
| NM | Robert J. Shelby (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | Matthew L. Garcia (U.S. District Judge) | MDL -3119 | IN RE: Shale Oil Antitrust Litigation | 26 | 26 |
| NYE | Brian M. Cogan (Sr. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 65 | 135 |
| | Nicholas G. Garaufis (Sr. District Judge) | MDL -3044 | IN RE: Exactech Polyethylene Orthopedic Products Liability Litigation | 1,838 | 1,847 |
| | Rachel P. Kovner (U.S. District Judge) | MDL -3096 | IN RE: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation | 57 | 57 |
| NYS | Denise L. Cote (Sr. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 4 | 190 |
| | George B. Daniels (Sr. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 372 | 382 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 25 | 34 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 3 | 11 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 1 | 332 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 49 | 187 |
| | P. Kevin Castel (Sr. District Judge) | MDL -3010 | IN RE: Google Digital Advertising Antitrust Litigation | 31 | 62 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028 | IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 58 | 81 |
| | Denise L. Cote (Sr. District Judge) | MDL -3043 | IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | 58 | 722 |
| | Katherine Polk Failla (U.S. District Judge) | MDL -3050 | IN RE: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II) | 17 | 17 |
| | Lewis J. Liman (U.S. District Judge) | MDL -3097 | IN RE: Concrete and Cement Additives Antitrust Litigation | 17 | 17 |
| | Sidney H. Stein (Sr. District Judge) | MDL -3143 | IN RE: OpenAI, Inc., Copyright Infringement Litigation | 19 | 20 |
| | Edgardo Ramos (U.S. District Judge) | MDL -3153 | IN RE: Coinbase Customer Data Security Breach Litigation | 19 | 22 |
| | Arun Subramanian (U.S. District Judge) | MDL -3178 | IN RE: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation | 21 | 21 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 114 | 10,454 |
| | Dan A. Polster (Sr. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 2,915 | 3,182 |
| | J. Philip Calabrese (U.S. District Judge) | MDL -3092 | IN RE: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation | 1,827 | 1,908 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846 | IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 23,321 | 25,189 |
| | Douglas R. Cole (U.S. District Judge) | MDL -3157 | IN RE: Procter & Gamble Company "Protect, Grow and Restore" Marketing and Sales Practices Litigation | 7 | 7 |
| OKN | Gregory K. Frizzell (Chief Judge, USDC) | MDL -2700 | IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 13 | 15 |
| PAE | Cynthia M. Rufe (Sr. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 2 | 5,299 |
| | Joshua D. Wolson (U.S. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |
| | Timothy J. Savage (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (Sr. District Judge) | MDL -2724 | IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 144 | 217 |

| | | | | | |
|---|---|---|---|---|---|
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848 | IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 826 | 2,665 |
| | Mark A. Kearney (U.S. District Judge) | MDL -3074 | IN RE: BPS Direct, LLC, and Cabela's, LLC, Wiretapping Litigation | 2 | 9 |
| | Karen S. Marston (U.S. District Judge) | MDL -3094 | IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | 3,928 | 3,962 |
| | Karen S. Marston (U.S. District Judge) | MDL -3163 | IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Non-Arteritic Anterior Ischemic Optic Neuropathy Products Liability Litigation | 200 | 200 |
| PAM | Karoline Mehalchick (U.S. District Judge) | MDL -2816 | IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 4 | 108 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862 | IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014 | IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 624 | 1,033 |
| RI | Mary S. McElroy (U.S. District Judge) | MDL -3148 | IN RE: GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II) | 32 | 32 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 | IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 15,246 | 19,822 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972 | IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 26 | 31 |
| TNM | Waverly D. Crenshaw, Jr (U.S. District Judge) | MDL -3071 | IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | 13 | 48 |
| TNW | S. Thomas Anderson (U.S. District Judge) | MDL -3035 | IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| TXE | Amos L. Mazzant, III (Chief Judge, USDC) | MDL -3176 | IN RE: Rare Breed Triggers Patent Litigation | 59 | 61 |
| TXN | David C. Godbey (Chief Judge, USDC) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 7 | 156 |
| | Ada E. Brown (U.S. District Judge) | MDL -3114 | IN RE: AT&T Inc. Customer Data Security Breach Litigation | 139 | 140 |
| UT | David B. Barlow (U.S. District Judge) | MDL -3167 | IN RE: Broiler Chicken Grower Antitrust Litigation (No. III) | 6 | 6 |
| VAE | David J. Novak (U.S. District Judge) | MDL -3111 | IN RE: Capital One 360 Savings Account Interest Rate Litigation | 1 | 8 |
| WAW | James L. Robart (Sr. District Judge) | MDL -3174 | IN RE: Air Crash at Muan International Airport, South Korea on December 29, 2024 | 7 | 7 |
| WIE | Lynn S. Adelman (U.S. District Judge) | MDL -3078 | IN RE: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation | 8 | 9 |
| | William C. Griesbach (Sr. District Judge) | MDL -3179 | IN RE: Fire Apparatus Antitrust Litigation | 50 | 50 |
| WIW | James D. Peterson (Chief Judge, USDC) | MDL -3175 | IN RE: Shell Eggs Antitrust Litigation | 19 | 19 |
| WVN | Thomas S. Kleeh (Chief Judge, USDC) | MDL -3103 | IN RE: Aflibercept Patent Litigation | 3 | 10 |
| **Report Totals:** | | **162** | | **205,540** | **714,508** |

Total Number of MDL Dockets: **162**
Total Number of Transferee Districts: **51**

Total Number of Transferee Judges: **140**
16 Chief Judge, USDC
43 Sr. District Judge
81 U.S. District Judge

**-- All Counts Are Based on the Report Filters Selected When Running the Report --**

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 38 | MDLs with between 0 and 10 Pending Actions | 23.46% | 138 | 0.07% |
| 74 | MDLs with between 11 and 100 Pending Actions | 45.68% | 2,430 | 1.18% |
| 29 | MDLs with 101 and 999 Pending Actions | 17.9% | 9,381 | 4.56% |
| 21 | MDLs with 1,000 or more Pending Actions | 12.96% | 193,591 | 94.19% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 14 | MDLs with between 0 and 10 Actions | 8.64% | 93 | 0.01% |

| | | | | |
|---|---|---|---|---|
| 75 | MDLs with between 11 and 100 Actions | 46.3% | 2,556 | 0.36% |
| 33 | MDLs with 101 and 999 Actions | 20.37% | 9,309 | 1.3% |
| 40 | MDLs with 1,000 or more Actions | 24.69% | 702,550 | 98.33% |