**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re Apple AirTag Marketing, Sales Practices, and Products Liability Litigation* | MDL No. 3199 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all Parties with an electronic mailing address of record, who have appeared and consented to electronic service in this Action.

*/s/ David R. Singh*
David R. Singh