**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3199

**NOTICE OF ERRATA**

Plaintiffs Brittany Alowonle, Paola Ballester, Joel Beidleman, Lyris Brady, Gail Burke, Lisa Castle, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Rachel Fox, Desiree and Frank Freeman, Tonya Harris, Vincent Hopkins, Lauren Hughes, Sofia Hussein, Jessica Johnson, Cody Lovins, Dorothy Miller, Kristen Morris, Aine O'Neill, Karry Schuele, Jacqueline Ward, and Chelsea Williams amend their Response of Interested Party Plaintiffs Brittany Alowonle et al. to Motion to Transfer and Centralize Related Cases Pursuant To 28 U.S.C. § 1407, Exhibit A to Response and Declaration of Edwin J. Kilpela, Jr. filed on August 17, 2026 [ECF No. 22, 22-1 and 22-2].

Dated: August 26, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Brittany Alowonle, Paola Ballester, Joel Beidleman, Lyris Brady, Gail Burke, Lisa Castle, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Rachel Fox,*

*Desiree and Frank Freeman, Tonya Harris, Vincent Hopkins, Lauren Hughes, Sofia Hussein, Jessica Johnson, Cody Lovins, Dorothy Miller, Kristen Morris, Aine O'Neill, Karry Schuele, Jacqueline Ward, and Chelsea Williams.*