# EXHIBIT A

**RESPONDING PLAINTIFFS' AMENDED SCHEDULE OF RELATED ACTIONS**[1]

| | Plaintiff | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Brittany Alowonle | Apple, Inc. | N.D. Georgia | 1:26-cv-03867 | Victoria M. Calvert |
| 2 | Paola Ballester | Apple, Inc. | M.D. Florida | 8:26-cv-01956 | John L. Badalamenti |
| 3 | Joel Beidleman | Apple, Inc. | D. Maryland | 1:26-cv-02736 | Lydia Kay Griggsby |
| 4 | Lyris Brady | Apple, Inc. | D. Colorado | 1:26-cv-03073 | Kathryn A. Starnella |
| 5 | Gail Burke | Apple, Inc. | D. New Jersey | 2:26-cv-08495 | Claire C. Cecchi |
| 6 | Lisa Castle | Apple, Inc. | N.D. Georgia | 1:26-cv-03851 | Victoria M. Calvert |
| 7 | Jane Doe 1 | Apple, Inc. | E.D. New York | 2:26-cv-04252 | Sanket J. Bulsara |
| 8 | Jane Doe 2 | Apple, Inc. | D. Nevada | 2:26-cv-2178 | Elayna J. Youchah |
| 9 | Jane Doe 3 | Apple, Inc. | D. Arizona | 2:26-cv-05261 | Diane J. Humetewa |
| 10 | Jane Doe 4 | Apple, Inc. | E.D. Virginia | 1:26-cv-02114 | William B. Porter |
| 11 | Rachel Fox | Apple, Inc. | E.D. Texas | 4:26-cv-01083 | J. Campbell Barker |
| 12 | Desiree Freeman and Frank Freeman | Apple, Inc. | N.D. Illinois | 1:26-cv-10186 | John J. Tharp, Jr |
| 13 | Tonya Harris | Apple, Inc. | S.D. Ohio | 1:26-cv-00680 | Douglas R. Cole |
| 14 | Vincent Hopkins | Apple, Inc. | E.D. New York | 2:26-cv-4251 | Steven Tiscione |
| 15 | Lauren Hughes | Apple, Inc. | W.D. Texas | 1:26-cv-01889 | David A. Ezra |
| 16 | Sophia Hussein | Apple, Inc. | W.D. Washington | 2:26-cv-2583 | Kymberly K. Evanson |
| 17 | Jessica Johnson | Apple, Inc. | N.D. Georgia | 1:26-cv-03927 | Victoria M. Calvert |
| 18 | Cody Lovins | Apple, Inc. | S.D. Texas | 4:26-cv-05560 | Nicholas J. Ganjeri |

[1] The Responding Plaintiffs' docket sheets and complaints were previously filed with the Panel. *See* ECF Nos. 2-4, 2-6 – 2-9, 2-11 – 2-15, 2-17 – 2-20, 2-22 – 2-24, 2-26 – 2-29, 17-3 – 17-4. Movant's Amended Schedule of Actions incorrectly lists forty (40) plaintiffs under Plaintiff O'Neill's case in the Central District of California. Ms. O'Neill is the only Plaintiff in C.D. Cal. Case No. 2:26-cv-07457. Several of the cases identified in Movant's Amended Schedule of Actions have been conditionally dismissed in light of pending settlements and therefore likely will not require consolidation by the JPML.

| | Plaintiff | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 19 | Dorothy Miller | Apple, Inc. | W.D. North Carolina | 3:26-cv-00556 | Max O. Cogburn, Jr. |
| 20 | Kristen Morris | Apple, Inc. | W.D. New York | 6:26-cv-6700 | Meredith A. Vacca |
| 21 | Aine O'Neill | Apple, Inc. | C.D. California | 2:26-cv-07457 | Percy Anderson |
| 22 | Karry Schuele | Apple, Inc. | M.D. Florida | 8:26-cv-01955 | John L. Badalamenti |
| 23 | Jacqueline Ward | Apple, Inc. | S.D. Texas | 4:26-cv-05453 | George C. Hanks, Jr. |
| 24 | Chelsea Williams | Apple, Inc. | D. Maryland | 8:26-cv-02723 | Lydia Kay Griggsby |