**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3199** |

**AMENDED DECLARATION OF EDWIN J. KILPELA, JR. IN SUPPORT OF RESPONSE OF INTERESTED PARTY PLAINTIFFS BRITTANY ALOWONLE *ET AL.* TO MOTION TO TRANSFER AND CENTRALIZE RELATED CASES PURSUANT TO 28 U.S.C. § 1407**

I, Edwin J. Kilpela, Jr., declare as follows:

1. I am a partner at the law firm of Wade, Kilpela, Slade, LLP ("WKS"), counsel for Interested Party Plaintiffs Brittany Alowonle *et al.* ("Responding Plaintiffs[1]") in the above-captioned proceeding. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Responding Plaintiffs' Response to Motion to Transfer and Centralize Related Cases Pursuant to 28 U.S.C. § 1407.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Transcript of Proceedings from the March 5, 2026 hearing before the Honorable Vince Chhabria in *Hughes v. Apple Inc.*, No. 3:22-cv-07668-VC (N.D. Cal.).

4. Attached hereto as **Exhibit B** is a true and correct copy of the April 7, 2026 Severance Order entered in *Hughes v. Apple Inc.*, No. 3:22-cv-07668-VC (N.D. Cal.), ECF No. 305.

5. Attached hereto as **Exhibit C** is a true and correct copy of the July 8, 2026 Order Granting Motion to Transfer entered in *O'Neill v. Apple Inc.*, No. 3:22-cv-07668-VC (N.D. Cal.), ECF No. 329.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Joint Report submitted in *Jane Doe v. Apple, Inc*., No. 2:26-cv-02178, ECF No. 33 (D. Nev. Aug. 14, 2026).

7. The matter entitled *Doe v. Apple, Inc.*, No. 2:26-cv-05261-DJH (D. Ariz.) has settled in principle.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2026, in Pittsburg, Pennsylvania.

Edwin J. Kilpela, Jr.

[1] Responding Plaintiffs are Brittany Alowonle, Paola Ballester, Joel Beidleman, Lyris Brady, Gail Burke, Lisa Castle, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Rachel Fox, Desiree and Frank Freeman, Tonya Harris, Vincent Hopkins, Lauren Hughes, Sofia Hussein, Jessica Johnson, Cody Lovins, Dorothy Miller, Kristen Morris, Aine O'Neill, Karry Schuele, Jacqueline Ward, and Chelsea Williams.