# EXHIBIT B

Outlook

## Summary of ECF Activity

**From** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Date** Tue 4/7/2026 12:02 AM
**To** efiling@cand.uscourts.gov <efiling@cand.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***** NOTE TO PUBLIC ACCESS USERS *****
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**3:22-cv-07668-VC Hughes et al v. Apple, Inc.**
**Case Management Conference - Further 305** ( No document attached )

**Docket Text:**
**Minute Entry for proceedings held before Judge Vince Chhabria: Further Case Management Conference held via Zoom on 4/3/2026.**

**Court will not stay this case any further. Court granted stipulated request to sever cases.**

**Plaintiff ONeill to remain sole plaintiff on this docket. All other plaintiffs who wish to pursue a lawsuit on an individual basis must file their lawsuits within 28 days. Within 7 days of filing of each individual complaint, parties to file stipulated related case notices in this matter and the individual case.**

**Apple's motions to transfer due by 5/29/2026. No discovery to occur pending the adjudication of the motions to transfer. Discovery to resume in any case where Apple has not filed a motion to transfer. Hearing on motions to transfer scheduled for 7/9/2026 at 10:00AM. If no motion to transfer filed, response to complaint/motion to dismiss due by 6/8/2026.**

**Zoom Recording Time: 11:12 - 11:23.**
**Plaintiff Attorney: David Slade, Gillian Wade.**
**Defendant Attorney: Arturo Gonzalez, Alex Barlow.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** **(bxs, COURT STAFF) (Date Filed: 4/3/2026) Proceedings transcribed by Tara Jauregui of Echo Reporting (Echoreporting@yahoo.com) Modified on 4/6/2026 (knm, COURT STAFF).**

**3:22-cv-07668-VC Hughes et al v. Apple, Inc.**
**Transcript Order 306**

**Docket Text:**
TRANSCRIPT ORDER for proceedings held on 04/03/2026 before Judge Vince Chhabria by Apple, Inc., for Recorded Proceeding - San Francisco. (Gonzalez, Arturo) (Filed on 4/6/2026)

**3:22-cv-07668-VC Hughes et al v. Apple, Inc.**
**Transcript Order 307**

**Docket Text:**
TRANSCRIPT ORDER for proceedings held on 04/03/2026 before Judge Vince Chhabria by Brittany Alowonle, Rita Araujo, Joel Biedleman, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Jane Doe, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Carla Epps, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Roger Derick Hembd, Vincent Hopkins, Dorothy Horn, Lauren Hughes, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Aine ONeill, Clara Rintoul, Natalia Witherell Sametz, LaPrecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams, for Recorded Proceeding - San Francisco. (Wade, Gillian) (Filed on 4/6/2026)

**3:22-cv-07668-VC Hughes et al v. Apple, Inc.**
**Set Deadlines/Hearings** ( No document attached )

**Docket Text:**
Set Deadlines/Hearings: Motion Hearing set for 7/9/2026 at 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. (bxs, COURT STAFF) (Filed on 4/6/2026)

**3:23-cv-04119-RFL Ireland-Gordy et al v. Tile, Inc. et al**
**Order 108**

**Docket Text:**
**ORDER GRANTING MOTION TO COMPEL ARBITRATION [33]. Signed by Judge Rita F. Lin on 4/6/2026. (afm, COURT STAFF) (Filed on 4/6/2026)**