# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AINE O'NEILL,<br>Plaintiff,<br>v.<br>APPLE, INC.,<br>Defendant. | Case No. 22-cv-07668-VC<br>**ORDER GRANTING MOTION TO TRANSFER**<br>Re: Dkt. No. 316 |

The motion to transfer is granted. This ruling assumes the reader's familiarity with the facts, the applicable legal standards, and the arguments made by the parties.

Transfer to the Central District of California is in the interest of justice and convenience. 28 U.S.C. § 1404(a). The Central District is where the events underlying this dispute occurred. It is also likely home to many of the material non-party witnesses, which is often the most important factor under § 1404(a). *See Grossman v. Johnson & Johnson*, 2015 WL 1743116, at *1 (N.D. Cal. Apr. 13, 2015). Although the plaintiff's choice of forum is entitled to some deference, O'Neill does not even live in this district. She lives in Ireland. *See* Dkt. No. 316-2, at 18:8-12, 19:21-24. And when Apple tried to take her deposition in the Northern District, she responded by requesting that it be done in Los Angeles (even though she had already moved to Ireland by that time). *See* Dkt. No. 316-3, at 1. Her choice is therefore subject to "substantially diminished" deference and does not outweigh the other factors. *Hinze v. Tesla, Inc.,* WL 4607696, at *2 (N.D. Cal. Oct. 28, 2024).

The Clerk of the Court is directed to transfer this case to the Central District of California.

**IT IS SO ORDERED.**

Dated: July 8, 2026

VINCE CHHABRIA
United States District Judge