**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3199** |

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris ("Responding Plaintiffs") respectfully submit that oral argument would aid the Panel in resolving the Movants' Motion to Transfer. *See* 28 U.S.C. § 1407; Rule of Procedure of the Judicial Panel on Multidistrict Litigation 11.1(b). Oral argument will provide the parties the opportunity to address any questions the Panel may have regarding the factual similarities of the pending cases, the burdens and challenges that litigating the cases separately will impose on the parties and the judiciary, and the appropriate transferee district. Further, Responding Plaintiffs anticipate that additional cases involving similar facts and claims will continue to be filed, and oral argument will allow the parties to address how those cases impact whether and where to consolidate the pending cases.

Dated: August 25, 2026

Respectfully submitted,

Edwin J. Kilpela, Jr
**WADE KILPELA SLADE LLP**
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
Telephone: (501) 417-6445
ek@waykayslay.com

Kenneth P. Abbarno
**DICELLO LEVITT LLP**
8160 Norton Pkwy., Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com

*Attorneys for Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Biedleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*