**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: APPLE AIRTAG MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.**

MDL No. 3199

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Errata and this Certificate of Service was served by the Courts Electronic Filing System and/or electronic mail and/or U.S. Mail to the following:

Clerk, District Court of Maryland
Greenbelt, Maryland
U.S. District Court of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Clerk, Western District of North Carolina
Charlotte, North Carolina
United States District Court for the Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street
Room 1200
Charlotte, NC 28202

Clerk, District Court of New Jersey
Newark, New Jersey
United States District Court of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Clerk, Eastern District of New York
Central Islip, New York
United States District Court for the New York Eastern District
100 Federal Plaza
Central Islip, NY 11722

Clerk, Western District of New York
Rochester, New York
United States District Court for the Western District of New York
100 State Street
Rochester, NY 14614

Clerk, Southern District of Texas

Houston, Texas
United States District Court of the Southern District of Texas
P. O. Box 61010
Houston, TX 77208

Clerk, Western District of Washington
Seattle, Washington
United States District Court of the Western District of Washington
700 Stewart Street, Suite 6301
Seattle, WA 98101

Clerk, Southern District of Ohio
Cincinnati, Ohio
United States District Court of the Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Clerk, District of Arizona
Phoenix, Arizona United States District Court District of Arizona, Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Clerk, Northern District of Georgia
Atlanta, Georgia
United States District Court of the Northern District of Georgia
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Clerk, Eastern District of Virginia
Alexandria, Virginia
United States District Court of the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Clerk, District of Nevada
Las Vegas, Nevada
United States District Court of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Clerk, Central District of California
Los Angeles, California

United States District Court of the Central District of California
350 W 1st Street, Suite 4311
Los Angeles, CA 90012

Clerk, Middle District Florida
Tampa, Florida
United States District Court of the Middle District of Florida
United States Courthouse and Federal Building
801 N. Florida Avenue
Tampa, FL 33602

Clerk, Middle District Florida
Jacksonville, Florida
United States District Court of the Middle District of Florida
Bryan Simpson United States Court House
300 North Hogan Street
Jacksonville, Florida 32202

Clerk, District of Colorado
Denver, Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Clerk, Southern District of New York
White Plains, NY
United States District Court of the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Clerk, Western District of Texas
Austin, Texas
United States District Court of the Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Clerk, Eastern District of Texas
Beaumont, Texas
United States District Court of the Eastern District of Texas
300 Willow Street, Suite 104
Beaumont, Texas 77701

Clerk, Eastern District of Michigan
Detroit, Michigan
United States District Court of Eastern District of Michigan
231 W. Lafayette Blvd., Room 751
Detroit, MI 48226
Amy E. Keller, Esq.
DiCello Levitt LLP

Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
312-214-7900
Email Address: akeller@dicellolevitt.com

**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736

Timothy O'Reilly
DiCello Levitt
325 S. Maryland Pkwy.
Las Vegas, NV 89101
Email Address: toreilly@dicellolevitt.com

**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178

Adam B. Reed
Adam B. Reed & Associates
11300 N. Central Expressway, Ste. 200
Dallas, Texas 75243
Email Address: adam@adamreedlawyers.com

**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, No. 1:26-cv-01889

Justin S. Abbarno
DiCello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Email Address: jabbarno@dicellolevitt.com

**Counsel for Plaintiff: Karry Schuele**
M.D. Florida, No. 8:26-cv-01955
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF

Jake Windley
Carney Bates Pulliam, PLLC
519 W 7th Street
Little Rock, AR 72201
Email Address: jake@waykayslay.com

**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen**

**Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457

Mark Alan Milstein
Milstein Jackson Fairchild and Wade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: mmilstein@mjfwlaw.com
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457

Jessica Hall
WH Law
1 Riverfront Place, Ste. 745
Noth Little Rock, AR 72114
Email Address: jessica@wh.law
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, CherienaLyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger**

**Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457

Kenneth A. Held
Lynch Carpenter LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Email Address: ken@lcllp.com
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger**

**Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457

Brandon M. Haubert
Wade Kilpea Slade LLP
1 Riverfront Place, Ste 745
North Little Rock, AR 72114
Email Address: brandon@waykayslay.com
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073

Edwin J Kilpela, Jr.
Wade Kilpela Slade LLP
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
Email Address: ek@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. of New York, 6:26-cv-06700
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**

S.D. of Ohio, 1:26-cv-00680
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Jessica Johnson**
N.D. of Georgia, 1:26-cv-03927
**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867
**Counsel for Plaintiff: Karry Schuele**
M.D. Florida, No. 8:26-cv-01955
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073
**Counsel for Plaintiff: Lisa Castle**
N.D. Georgia, No. 1:26-cv-03851
**Counsel for Plaintiff: Rachel Fox**
E.D. Texas, No. 4:26-cv-01083
**Counsel for Plaintiffs: Desiree Freeman and Frank Freeman**
N.D. Illinois, No. 1:26-cv-10186

Gillian Leigh Wade
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: gwade@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251

**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-00680
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Jane Doe**
E.D. Virginia, 1:26-cv-02114
**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867
**Counsel for Plaintiff: Karry Schuele**
M.D. Florida, No. 8:26-cv-01955
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas: No. 4:26-cv-05453
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073
**Counsel for Plaintiff: Rachel Fox**
E.D. Texas, No. 4:26-cv-01083
**Counsel for Plaintiffs: Desiree Freeman and Frank Freeman**
N.D. Illinois, No. 1:26-cv-10186

Raymond Collins Kilgore
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: ckilgore@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**

D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-00680
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073
**Counsel for Plaintiff: Lisa Castle**
N.D. Georgia, No. 1:26-cv-03851
**Counsel for Plaintiff: Rachel Fox**
E.D. Texas, No. 4:26-cv-01083
**Counsel for Plaintiffs: Desiree Freeman and Frank Freeman**
N.D. Illinois, No. 1:26-cv-10186

Sara Dawn Avila
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Email Address: sara@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**
D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495

**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-00680
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiff: Jane Doe**
E.D. Virginia, 1:26-cv-02114
**Counsel for Plaintiff: Jane Doe**
D. Nevada, No. 2:26-cv-02178
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Paola Ballester**
M.D. Florida, 8:26-cv-01956-JLB-SPF
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073
**Counsel for Plaintiff: Rachel Fox**
E.D. Texas, No. 4:26-cv-01083
**Counsel for Plaintiffs: Desiree Freeman and Frank Freeman**
N.D. Illinois, No. 1:26-cv-10186

Marc Alexander Castaneda
Wade Kilpela Slade LLP
2450 Colorado Ave, Suite 100E
Santa Monica, CA 90404
Email Address: marc@waykayslay.com
**Counsel for Plaintiff: Chelsea Williams**
D. Maryland, No. 8:26-cv-02723
**Counsel for Plaintiff: Joel Beidleman**

D. Maryland, No. 8:26-cv-02736
**Counsel for Plaintiff: Dorothy Miller**
W.D. of North Carolina, 3:26-cv-00556
**Counsel for Plaintiff: Gail Burke**
D. New Jersey, No. 2:26-cv-08495
**Counsel for Plaintiff: Vincent Hopkins**
E.D. of New York, 2:26-cv-04251
**Counsel for Plaintiff: Jane Doe**
E.D. of New York, 2:26-cv-04252
**Counsel for Plaintiff: Kristen Morris**
W.D. New York, 6:26-cv-06700
**Counsel for Plaintiff: Sofia Hussein**
W.D. of Washington, 2:26-cv-02583
**Counsel for Plaintiff: Tonya Harris**
S.D. of Ohio, 1:26-cv-00680
**Counsel for Plaintiff: Lauren Hughes**
W.D. Texas, 1:26-cv-01889
**Counsel for Plaintiff: Jane Doe**
D. of Arizona, 2:26-cv-05261
**Counsel for Plaintiffs: Aine O'Neill, Lauren Hughes, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Brittany Alowonle, Rita Araujo, Joel Biedleman, Cheriena Ben, Lyris Brady, Gail Burke, Lisa Castle, Paola Dees, Renata Fernandes, Desiree Freeman, Frank Freeman, Tonya Harris, Rodger Derick Hembd, Vincent Hopkins, Dorothy Horn, Hollye Humphreys, Sofia Hussein, Jessica Johnson, Jamie Kacz, John Kirkman, Jesseca Lane, Cody Lovins, Pamela Luan, Marissa Maginnis, Anthony Montanaro, Kristen Morris, Erin Murrell, Clara Rintoul, Natalia Witherell Sametz, Laprecia Sanders, Karry Schuele, Jacqueline Ward, Chelsea Williams**
C.D. California, No. 2:26-cv-07457
**Counsel for Plaintiff: Jacqueline Ward**
S.D. Texas, No. 4:26-cv-05453
**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073
**Counsel for Plaintiff: Lisa Castle**
N.D. Georgia, No. 1:26-cv-03851
**Counsel for Plaintiff: Rachel Fox**
E.D. Texas, No. 4:26-cv-01083
**Counsel for Plaintiffs: Desiree Freeman and Frank Freeman**
N.D. Illinois, No. 1:26-cv-10186

David F. Slade
Wade Kilpela Slade LLP
1 Riverfront Place
Suite 745
North Little Rock, AR 72114
Email Address: slade@waykayslay.com
**Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867

**Counsel for Plaintiff: Lyris Brady**
D. Colorado, No. 1:26-cv-03073

Larry Christopher Stewart
Stewart Miller Simmons Trial Attys
3625 Cumberland Blvd.
C-100
Atlanta, GA 30339
Email Address: cstewart@smstrial.com
**Counsel for Plaintiff: Brittany Alowonle**
N.D. Georgia, No. 1:26-cv-03867
**Counsel for Plaintiff: Lisa Castle**
N.D. Georgia, No. 1:26-cv-03851

Erin Kenna Copeland
Fibich & Associates PC
1150 Bissonnet Street
Houston, TX 77005
Email Address: ecopeland@fibichlaw.com
**Counsel for Plaintiff: Jane Doe E.D. 1**
E.D. Texas, No. 1:26-cv-00340

Patrick C. Lannen
Stinar Lannen, PLLC
280 W. Maple Rd.
Ste. 230
Birmingham, MI 48009
Email Address: patrick@stinarlannenlaw.com
**Counsel for Plaintiffs: Jane Doe 1and Jane Doe 2**
E.D. Michigan, No. 2:26-cv-12764

Panida Anna Anderson
Bailey Glasser
1055 Thomas Jefferson St NW, Ste 540
Washington, DC 20007
Email Address: panderson@baileyglasser.com
**Counsel for Plaintiffs: Jane Doe, N.G. 1**
S.D. New York, No. 7:26-cv-06656

Abigael McGuire
Meadow Law Firm LLC
2375 E Camelback Rd., Ste 380
Phoenix, AZ 85016
Email Address: amcguire@meadowlawfirm.com
**Counsel for Plaintiffs: Jane Doe S.B. 1**
D. Arizona, No. 2:26-cv-05421

Andrew Santo Tulumello

Weil Gotshal and Manges LLP
2001 M Street NW Ste 600
Washington, DC 20036
Email Address: drew.tulumello@weil.com
**Counsel for Defendant: Apple, Inc.**

David R. Singh
Weill, Gotshal & Manges LLP
201 Redwood Shores Parkway
4th Floor
Redwood Shores, CA 94065
Email Address: David.Singh@weil.com
**Counsel for Defendant: Apple, Inc.**

James M. Pearl
Weil, Gotshal & Manges LLP
1999 Avenue of the Stars
Ste 1800
Los Angeles, CA 90067
Email Address: bo.pearl@weil.com
**Counsel for Defendant: Apple, Inc.**

Morgan D. Macbride
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
4th Floor
Redwood Shores, CA 94065
Email Address: morgan.macbride@weil.com
**Counsel for Defendant: Apple, Inc.**

Luna Ngan Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email Address: luna.barrington@weil.com
**Counsel for Defendant: Apple, Inc.**

Mark Steven Parris
Orrick Herrington & Sutcliffe
401 Union St., Ste 3300
Seattle, WA 98101
Email Address: mparris@orrick.com
**Counsel for Defendant: Apple, Inc.**

Jeffrey G. Homrig
Weil, Gotshal & Manges LLP

600 Congress Avenue, Suite 2170
Austin, TX 78701
Email Address: Jeff.Homrig@weil.com
**Counsel for Defendant: Apple, Inc**.

Luke Michael Sullivan
Weil, Gotshal & Manges LLP
2001 M Street, NW, Ste. 600
Washington, DC 20036
Email Address: Luke.Sullivan@weil.com
**Counsel for Defendant: Apple, Inc**.

Tiffany Cheung
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
Email Address: tcheung@mofo.com
**Counsel for Defendant: Apple, Inc**.

Alexandra Preece Barlow
Morrison and Foester LLP
12531 High Bluff Drive Suite 100
San Diego, CA 92130
Email Address: abarlow@mofo.com
**Counsel for Defendant: Apple, Inc**.

Arturo Jorge Gonzalez
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
Email Address: agonzalez@mofo.com
**Counsel for Defendant: Apple, Inc**.

Erin McCalmon Bosman
Morrison and Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130
Email Adress: ebosman@mofo.com
**Counsel for Defendant: Apple, Inc**.

Julie Yongsun Park
Morrison and Forester LLP
12531 High Bluff Drive
San Diego, CA 92130
Email Address: juliepark@mofo.com
**Counsel for Defendant: Apple, Inc**.

Melody Ellen Wong
Morrison Foerster
425 Market St
San Francisco, CA 94105
Email Address: MelodyWong@mofo.com
**Counsel for Defendant: Apple, Inc**.

Victor Lopez
Morrison and Foerster LLP
250 West 55th Street
New York, NY 10019
Email Address: vlopez@mofo.com
**Counsel for Defendant: Apple, Inc**.

Brannon Jones Arnold
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
Email Address: barnold@wwhgd.com
**Counsel for Defendant: Apple, Inc.**

Brian George Liegel
Weil, Gotshal & Manges, LLP
1395 Brickell Ave Ste 1200
Miami, FL 33131-3368
Email Address: brian.liegel@weil.com
**Counsel for Defendant: Apple, Inc.**

Christopher J Hogan
Zeiger Tigges & Little LLP
41 S High Street
Suite 3500
Columbus, OH 43215
Email Address: hogan@litohio.com
**Counsel for Defendant: Apple, Inc.**

/s/ *Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.
**WADE KILPELA SLADE LLP**
626 East Broad Street, Suite 300
Pittsburgh, PA 15206
Phone: (501) 417-6445
ek@waykayslay.com

*Attorneys for Plaintiffs Rachel Fox, Desiree Freeman, Frank Freeman, Jane Doe, Sofia*

*Hussein, Jane Doe, Karry Schuele, Kristen Morris, Joel Beidleman, Aine O'Neill, Jessica Johnson, Brittany Alowonle, Jane Doe, Lauren Hughes, Gail Burke, Lyris Brady, Chelsea Williams, Dorothy Miller, Lisa Castle, Cody Lovins, Jane Doe, Vincent Hopkins, Paola Ballester, and Tonya Harris*